# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

JOSEPH (JOEY) LUZIER, III,

    Plaintiff,

v.                                                                  Case No. 5:25-cv-37-MW-MJF

SGT. JOHN R. RUNYON, et al.

    Defendants.

_____/

## NOTICE OF APPEARANCE OF COUNSEL

Notice is given that undersigned counsel enters his appearance as counsel of record on behalf of Defendant **John R. Runyon**. Counsel requests that he be served all future pleadings and correspondence in this case at the address below.

    Respectfully submitted,

    **JAMES UTHMEIER**
    ATTORNEY GENERAL

    */s/ Brian Fallon*
    Brian R. Flynn-Fallon
    Assistant Attorney General
    Florida Bar No.: 1044316
    Office of the Attorney General
    PL-01, The Capitol
    Tallahassee, Florida 32399
    Telephone: (850) 414-3300
    Facsimile: (850) 488-4872
    Brian.Fallon@myfloridalegal.com

1

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Notice of Appearance* has been electronically filed through the CM/ECF system, which will serve to counsel of record, on March 18, 2025.

*/s/ Brian Fallon*
Brian R. Flynn-Fallon
Assistant Attorney General