UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOSEPH (JOEY) LUZIER, III,

    Plaintiff,

v.                                               Case No. 5:25-cv-37-MW-MJF

SGT. JOHN R. RUNYON, et al.

    Defendants.
_____/

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT

    Defendant, John R. Runyon, through undersigned counsel, and pursuant to Fed. R. Civ. P. (6)(b), moves the Court for an additional forty-five (45) days in which to file a response to Plaintiff's Complaint. (Doc. 1).

    Undersigned only recently received this case and is still awaiting receipt of documents and needs to review them to explore possible defenses to be raised. Undersigned conferred with opposing counsel who indicated he does not oppose a 45-day extension of time.

    **WHEREFORE**, Defendant requests the Court enter an Order extending the time in which Defendant has to respond to Plaintiff's Complaint by an additional forty-five (45) days, from March 18, 2025, making the effective due date May 2, 2025.

Respectfully submitted,

**JAMES UTHMEIER**
ATTORNEY GENERAL

*/s/ Brian Fallon*
Brian R. Flynn-Fallon
Assistant Attorney General
Florida Bar No.: 1044316
Office of the Attorney General
PL-01, The Capitol
Tallahassee, Florida 32399
Telephone: (850) 414-3300
Facsimile: (850) 488-4872
Brian.Fallon@myfloridalegal.com

## CERTIFICATE OF CONFERRAL

Pursuant to 7.1(B) of this Court's Local Rules, undersigned counsel has conferred with Plaintiff's counsel via e-mail on March 18, 2025, regarding the present motion and he has indicated he does not oppose the relief requested in said Motion.

*/s/ Brian Fallon*
Brian R. Fallon
Assistant Attorney General

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Unopposed Motion for Extension of Time* has been electronically filed through the CM/ECF system, which will serve to counsel of record, on March 18, 2025.

*/s/ Brian Fallon*
Brian R. Flynn-Fallon
Assistant Attorney General