IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**JOSEPH (JOEY) LUZIER, III,**

*Plaintiff*,

v.   Case No.: 5:25cv37-MW/MJF

**SERGEANT JOHN R. RUNYON,
and OFFICER SARAH K. SHIVER,**

*Defendants*.

_____/

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION

This Court has considered, without hearing, Defendant's unopposed motion for extension of time to file a response to Plaintiff's complaint. ECF No. 4. The unopposed motion is **GRANTED**. Defendant's deadline to answer or otherwise respond to the complaint is extended to **on or before Friday, May 2, 2025.**

SO ORDERED on March 19, 2025.

s/Mark E. Walker            
**Chief United States District Judge**