UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOSEPH (JOEY) LUZIER, III,

    Plaintiff,

v.

SERGEANT JOHN R. RUNYON,
*et ano.*,

    Defendants.

Case No. 5:25-cv-37-MW/MJF

## JOINT REPORT REGARDING DISCOVERY

In accordance with the Court's Initial Scheduling Order (Doc. 5 at §1(b)), the parties provide the Court with the following status updates regarding written discovery:

    1.    On March 26, 2025, Plaintiff served interrogatories on Defendant Runyon.

    2.    On April 10, 2025, Plaintiff served a Rule 45 subpoena on nonparty Florida Department of Corrections.

Dated: April 18, 2025

Respectfully submitted,

| | |
|---|---|
| */s/ James M. Slater* | **JAMES UTHMEIER** |
| SLATER LEGAL PLLC | ATTORNEY GENERAL |
| James M. Slater (FBN 111779) | |
| 2296 Henderson Mill Rd NE #116 | */s/ Brian Fallon* |
| Atlanta, Georgia 30345 | Brian R. Flynn-Fallon |
| Tel. (305) 523-9023 | Assistant Attorney General |
| james@slater.legal | Florida Bar No.: 1044316 |
| | Office of the Attorney General |
| *Attorneys for Plaintiff* | PL-01, The Capitol |
| | Civil Litigation Division – |
| | North Florida Bureau |
| | Tallahassee, Florida 32399 |
| | Telephone: (850) 414-3300 |
| | Facsimile: (850) 488-4872 |
| | Brian.Fallon@myfloridalegal.com |
| | *Counsel for Defendant* |