## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

JOSEPH (JOEY) LUZIER, III,

     Plaintiff,

v.                              Case No. 5:25-cv-37-MW-MJF

SERGEANT JOHN R. RUNYON,
And OFFICER SARAH K. SHIVER,

     Defendants.

_____/

### DECLARATION OF Kwok On Tsang

     1.     My name is Kwok On Tsang. I am currently employed as a(n) Classification Supervisor by the Florida Department of Corrections ("FDC"), Dade Correctional Institution in Florida City, Florida.

     2.     At the request of the Florida Office of the Attorney General, I have reviewed the available informal and formal grievance records at Dade Correctional Institution for Inmate Joseph Luzier, III, for informal and formal grievances between January 1, 2022, and February 20, 2025, in relation to Inmate Luzier's failure to protect claim.

     3.     During that time period, Inmate Joseph Luzier, III, filed two (2) informal grievances in relation to the stabbing by an inmate on February 2, 2022: log #215-2408-0045 and log #251-2211-0009. Log #215-2408-0045 was returned for non-compliance because it was submitted more the 20 days from the time the incident occurred. Log #251-2211-0009 mentioned the stabbing incident while requesting that his information be removed from the public website for protection. Log #251-2211-0009 was returned because the issue cannot be addressed or handled at the institutional level, and it grieved more than one issue.

# Exhibit A

4.      Inmate Luzier filed four (4) formal grievances in relation to the incident on February 2, 2022: log #2202-102-024, log #2202-102-040, log #2202-102-065, and log #2408-215-168.

5.      Formal Grievance 2202-102-024 was submitted as an emergency grievance claiming that the February 2, 2022, stabbing incident was caused because of the shortage of staff at the institution. Formal Grievance 2202-102-024 was not accepted as a grievance of an emergency nature and therefore was returned without processing for non-compliance.

6.      Formal Grievance 2202-102-040 raised the issue that severe shortage of staff at the institution and lack of proper security measures were the cause of the February 2, 2022, incident. Formal Grievance 2202-102-040 was denied as the incident had already been reported to the Office of the Inspector General.

7.      Formal 2202-102-065 grieved the protective management process, specifically stating that the process is supposed the completed within 15 working days from the initial confinement of the inmate and that he had been confinement for 9 working days and had not been interviewed by a Protective Management Investigator or seen by the ICT team.  Formal 2202-102-065 was returned for non-compliance as a grievance regarding this matter must be initiated at the informal grievance level before appealing to the formal grievance level and there was no indication that that had been done.

8.      Formal Grievance 2408-215-168 claims the severe shortage of staff at the institution, lack of metal detectors, and camera blind spots are the cause of the February 2, 2022, incident. Formal Grievance 2408-215-168 was returned without action for non-compliance with the Inmate Grievance procedure because the formal grievance was not received within 15 days of the date of the incident.

9.      Inmate Luzier did not have any approved informal or formal grievances in relation to the incident that occurred on February 2, 2022.

10.      None of the informal or formal grievances addressing the February 2,

2022, incident grieved improper denial of placement into protective management.

I declare under penalty of perjury that the foregoing is true and correct.

5/2/2025

**Kwok On Tsang**
**DECLARANT**

**DATE**

**Bureau of Inmate Grievance Appeals**



Informal Grievances Activity

Report Date:  4/30/2025

| Case Number | Inmate Name | Inmate Location | Class Code | Location | Section Responsible | Received Date | Disposition Date | Disposition | Mailed Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 102-2201-0153 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 08D - RELIGIOUS FREEDOM (LEGAL) | APALACHEE EAST UNIT | SECURITY | 01/18/2022 | 01/31/2022 | Denied | 01/31/2022 | INMATE STATES SECURITY IS CANCELLING CHAPEL SERVICES. RESPONSE: Administration staff were interviewed and stated, you have been allowed to attend Chapel services. Grievance 102-2201-0153 Denied. |
| 102-2201-0278 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 06I - FACILITY CONDITIONS(INST OPER) | APALACHEE EAST UNIT | SECURITY | 01/31/2022 | 02/02/2022 | Approved | 02/02/2022 | INMATE STATES THERES NO HEAT IN R2 DORM. RESPONSE: Security staff were interviewed and stated, a work order has been submitted for the heater in R2 dormitory. |
| 102-2202-0068 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 06M - CANTEEN ISSUES (INST OPER) | APALACHEE EAST UNIT | GRIEVANCE COORDINATOR | 02/09/2022 | 02/10/2022 | Denied | 02/10/2022 | INMATE STATES HE ORDERED 15 ENVELOPES AND BATTERIES AND NEVER RECEIVED THEM. RESPONSE: Trinity staff were interviewed and stated, due to Logistic issues due to Covid they have not been able to receive these items which is out of Trinity's control. Grievance 102-2202-0068 Denied. |



**Bureau of Inmate Grievance Appeals**

**Informal Grievances Activity**

**Report Date:   4/30/2025**

| 102-2202-0072 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 13H - MORE THAN ONE ISSUE   (MISC) | APALACHEE EAST UNIT | SECURITY | 02/09/2022 | 02/09/2022 | Returned | 02/09/2022 | INMATE STATES CAPTAIN BROWN WAS UNPROFESSIONAL, RATS EAT ITEMS IN YOUR LOCKER, THREATENED TO PUT HIM ON PROPERTY RESTRICTION FOR NOT PLACING HIS CANTEEN ITEMS IN HIS CELLMATES LOCKER BECAUSE THERE ISN'T ANOTHER ONE FOR HIM AND HE SHOULD HAVE HIS OWN LOCKER PER POLICY RESPONSE: RETURNED AS YOUR GRIEVANCE IS IN NON-COMPLIANCE WITH CHAPTER 33-103.014 (1) (A), INMATE GRIEVANCE PROCEDURE, WHICH STATES, "EACH GRIEVANCE MUST ADDRESS ONLY ONE ISSUE OR COMPLAINT." YOU ARE ADDRESSING MULTIPLE ISSUES IN THIS GRIEVANCE. YOU MAY RESUBMIT, IF YOU CHOOSE, CORRECTING THE DEFICIENCY AND RETURN WITH THE |

**Bureau of Inmate Grievance Appeals**

Informal Grievances Activity

Report Date:  **4/30/2025**



| 102-2202-0122 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 04B - LACK OF PRIVILEGES (CONFIN) | APALACHEE EAST UNIT | SECURITY | 02/14/2022 | 02/18/2022 | Denied | 02/18/2022 | INMATE STATES HE HASN'T BE ALLOWED TO USE THE PHONE, TABLET OR KIOSK IN AC CONFINEMENT. RESPONSE: Security staff were interviewed and stated, due to the unforeseen circumstances, you were placed in Administrative Confinement pending the outcome of an investigation and ICT Review. An Administrative Confinement inmate are not allowed to have tablets in confinement but are allowed to place a phone call to up to (03) approved visitors to cancel any upcoming visits. You family was notified of the incident and was fully aware that you were placed in Administrative Confinement pending protective management. Kiosk are also not allowed to be used while in Administrative Confinement. Grievance 102-2202-0122 Denied. |
| 102-2202-0123 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 04B - LACK OF PRIVILEGES (CONFIN) | APALACHEE EAST UNIT | SECURITY | 02/14/2022 | 02/23/2022 | Denied | 02/23/2022 | INMATE STATES THERE ISN'T ANOTHER LOCKER FOR HIM AND HE SHOULD HAVE HIS OWN LOCKER PER POLICY. RESPONSE: Security staff were interviewed and stated, there is ample space in the locker for two inmates. Grievance 102-2202-0123 Denied. |

**Bureau of Inmate Grievance Appeals**

**Informal Grievances Activity**

**Report Date:  4/30/2025**



| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 102-2202-0124 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 11F - STAFF NOT FOLLOWING PROCEDURE | APALACHEE EAST UNIT | PROPERTY | 02/14/2022 | 02/18/2022 | Denied | 02/18/2022 | INMATE STATES HE HASN'T RECEIVED HIS LEGAL WORK FROM HIS PROPERTY AFTER SENDING A REQUEST. RESPONSE: Property staff were interviewed and stated, they plan on making confinement rounds on Tuesday. Your legal stuff is pulled, they just have more confinement bags to make. Grievance 102-2202-0124 Denied. |
| 102-2202-0125 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 06H - GENERAL POLICIES (INST OPER) | APALACHEE EAST UNIT | SECURITY | 02/14/2022 | 02/23/2022 | Approved | 02/23/2022 | INMATE STATES OFFICERS IN Y DORM LEAVES THE BACK DOOR OPEN. RESPONSE: Security staff were interviewed and stated, memo was sent to have all doors closed and locked at all times. Grievance 102-2202-0125 Approved. |
| 102-2202-0126 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 08N - LEGAL MAIL (LEGAL) | APALACHEE EAST UNIT | GRIEVANCE COORDINATOR | 02/14/2022 | 02/18/2022 | Denied | 02/18/2022 | INMATE STATES MAILROOM STAFF SHOULD ONLY COLLECT MAIL FROM MON-FRI. RESPONSE: In accordance with Chapter 33-210.102 (8) (G) For confinement areas, the staff member who picks up the legal mail each day shall stamp the documents, have the inmate place his or her initials next to the stamp, and have the inmate seal the envelope in the staff member's presence. The use of mail drop boxes for outgoing legal mail is prohibited. It doesn't state only mailroom staff are allowed to retrieve Legal Mail in Confinement Units, nor does it state anything about a "legal mail collection representative" who works in the mailroom. If you have outgoing Legal Mail, continue to advise Confinement staff. Grievance 102-2202-0126 Denied. |



# Bureau of Inmate Grievance Appeals

## Informal Grievances Activity

### Report Date:  4/30/2025

| 102-2202-0193 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 02K - HOUSING ASSIGNMENT  (PGM ASGN) | APALACHEE EAST UNIT | SECURITY | 02/21/2022 | 02/28/2022 | Denied | 02/28/2022 | INMATE STATES ON 02-18-22 HE TOLD STAFF HIS CELLMATE HAD A KNIFE AND HE WAS MOVED TO A CELL BEHIND A SOLID DOOR AND SHOULDN'T BE. RESPONSE: Security staff were interviewed and stated, both inmates were separated. Inmate Quinones was never found in possession of a weapon. After conducting a review for an internal move in confinement, you were not found compatible with any inmate so you were placed in a vacant cell. Grievance 102-2202-0193 Denied. |
|---|---|---|---|---|---|---|---|---|---|---|
| 102-2203-0005 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 10G - IMPROPER CONDUCT (COMPLNTS) | APALACHEE EAST UNIT | SECURITY | 03/01/2022 | 03/09/2022 | Returned | 03/09/2022 | INMATE STATES ON 02-28-22 AN UNKNOWN BLACK OFFICER PASSING OUT TRAYS TOLD HIM IF HE DIDN'T ACCEPT A REGULAR TRAY HE WOULDN'T EAT. RESPONSE: Security staff were interviewed and stated, not enough information. Grievance 102-2203-0005 Returned. |
| 102-2203-0006 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 10G - IMPROPER CONDUCT (COMPLNTS) | APALACHEE EAST UNIT | SECURITY | 03/01/2022 | 03/09/2022 | Approved | 03/09/2022 | INMATE STATES ON 02-26-22 SERGEANT MANN REFUSED TO CLOSE THE DOORS IN CONFINEMENT. RESPONSE: Security staff were interviewed and stated, the above mentioned staff have been counseled with regarding this issue. Grievance 102-2203-0006 Approved. |



**Bureau of Inmate Grievance Appeals**

**Informal Grievances Activity**

**Report Date:  4/30/2025**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 102-2203-0064 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 10G - IMPROPER CONDUCT (COMPLNTS) | APALACHEE EAST UNIT | SECURITY | 03/02/2022 | 03/15/2022 | Denied | 03/15/2022 | INMATE STATES CAPTAIN DALVERY CALLED HIM A LOSER ON 02-28-22. RESPONSE: Captain Dalvery was interviewed and stated, he didn't purposely mispronounce your name, degrade, or harass you in any way. Grievance 102-2203-0064 Denied. Interviewed Captain Dalvery in person. |
| 102-2203-0065 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 10E - GENERAL HARASSMENT (COMPLNTS) | APALACHEE EAST UNIT | SECURITY | 03/02/2022 | 03/15/2022 | Denied | 03/15/2022 | INMATE STATES ON 02-27-22, CAPTAIN DALVERY WAS HARASSING HIM. RESPONSE: Captain Dalvery was interviewed and stated, he has never harassed or retaliated against you in any way. Grievance 102-2203-0065 Denied. Interviewed Captain Dalvery in person. |
| 102-2203-0089 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 07D - SPECIAL DIETS (MEDICAL) | APALACHEE EAST UNIT | FOOD SERVICES | 03/07/2022 | 03/09/2022 | Denied | 03/09/2022 | INMATE STATES ON 03-07-22 HE WAS GIVEN HIS 2600 CALORIE DIET. RESPONSE: On the set date and meal you in fact received was the correct meal for a 2600 diet per master menu for the diets. |

# Bureau of Inmate Grievance Appeals

## Informal Grievances Activity

### Report Date:  4/30/2025



| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 102-2203-0122 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 13J - VAGUE/NOT LEGIBLE (MISC) | APALACHEE EAST UNIT | GRIEVANCE COORDINATOR | 03/07/2022 | 03/07/2022 | Returned | 03/07/2022 | INMATE STATES HE'S NOT RECEIVING HIS 2600 CALORIE MEAL. RESPONSE: RETURNED WITHOUT PROCESSING PER CHAPTER 33-103.014 (1)(B) GRIEVANCE IS SO BROAD, GENERAL OR VAGUE IN NATURE THAT IT CANNOT BE CLEARLY INVESTIGATED, EVALUATED AND RESPONDED TO. YOU HAVE FAILED TO PROVIDE DATES, TIMES, ETC. YOU MAY RESUBMIT, IF YOU SO CHOOSE, CORRECTING THIS DEFICIENCY AND RETURN WITHIN THE TIME FRAMES PROVIDED BY 33-103.011 FAC. GRIEVANCE 102-2203-0122 RETURNED. |
| 102-2203-0123 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 08B - GAINTIME AWARD CLASSIF (LEGAL) | APALACHEE EAST UNIT | SECURITY | 03/07/2022 | 03/22/2022 | Approved | 03/22/2022 | INMATE STATES HE HASN'T RECEIVED HIS JANUARY GAIN TIME SLIP. RESPONSE: Per Administration, a Gaintime slip has been provided to you. |
| 102-2203-0124 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 03A - MAIL DELIVERY DELAY  (COMMUN) | APALACHEE EAST UNIT | MAILROOM | 03/07/2022 | 03/08/2022 | Denied | 03/08/2022 | INMATE STATES HE JUST RECEIVED A COPY OF HIS INCOMING JPAY MAIL FROM 02-21-22. RESPONSE: JPAY emails are printed on Monday, Wednesday and Friday. They are sent down on those days. |
| 102-2203-0150 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 06H - GENERAL POLICIES (INST OPER) | APALACHEE EAST UNIT | SECURITY | 03/10/2022 | 03/14/2022 | Approved | 03/14/2022 | INMATE STATES Y DORM OFFICERS LEFT THE DOOR OPEN. RESPONSE: Security staff were interviewed and stated, upon review of the fixed wing footage, there was a pigeon on the wing and the door was open. Staff have been shown memo and counseled with. Grievance 102-2203-0150 Approved. |

**Bureau of Inmate Grievance Appeals**

Informal Grievances Activity

Report Date:   4/30/2025



| 102-2203-0151 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 02B - ADMIN CONFINEMENT (PGM ASGN) | APALACHEE EAST UNIT | CLASSIFICATION | 03/10/2022 | 03/16/2022 | Denied | 03/16/2022 | INMATE STATES HE'S BEEN IN CONFINEMENT AND HAVEN'T TRANSFERRED. RESPONSE: Classification staff were interviewed and stated, State Classification granted a 30 day extension on 3.7.2022 for purpose of completing the investigation, giving them until April 6, 2022 to come to a determination for your placement. Grievance 102-2203-0151 Denied. |
| 102-2203-0179 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 06H - GENERAL POLICIES (INST OPER) | APALACHEE EAST UNIT | SECURITY | 03/14/2022 | 03/21/2022 | Approved | 03/21/2022 | INMATE STATES ON 03-12-22 THE DOORS WERE OPEN IN Y DORMITORY. RESPONSE: Security staff were interviewed and stated, the mentioned staff will be counseled with regarding this issue. Grievance 102-2203-0179 Approved. Captain Smith |
| 102-2203-0195 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 10G - IMPROPER CONDUCT (COMPLNTS) | APALACHEE EAST UNIT | SECURITY | 03/16/2022 | 03/29/2022 | Denied | 03/29/2022 | INMATE STATES ON 03-12-22 SERGEANT ROBINSON HAD OFFICER SIMPSON COME TO HIS CELL WITH CUFFS TO TAKE HIM INTO THE OFFICER'S STATION AND BEAT HIM. RESPONSE: Security staff were interviewed and stated, the allegations are false and at no time did Officer Simpson or Sergeant Robinson try to cuff you up and bring you into the Officer station. Grievance 102-2203-0195 Denied. |
| 122-2204-0168 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 03C - VISITATION (COMMUN) | WAKULLA ANNEX | CLASSIFICATION | 04/22/2022 | 04/26/2022 | Denied | 04/28/2022 | Appeal to denial of visitor application. |
| 122-2205-0037 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 02I - WORK ASSIGNMENT (PGN ASGN) | WAKULLA ANNEX | CLASSIFICATION | 05/05/2022 | 05/13/2022 | Denied | 05/16/2022 | Denied job assignment - farm squad. |



# Bureau of Inmate Grievance Appeals

## Informal Grievances Activity

### Report Date:  4/30/2025

| 122-2205-0038 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 06P - INST/CLASSIFICATION MATTERS (NON-PGM) | WAKULLA ANNEX | CLASSIFICATION | 05/05/2022 | 05/13/2022 | Denied | 05/16/2022 | Not placed on the "transgender roster". |
|---|---|---|---|---|---|---|---|---|---|---|
| 122-2205-0039 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 06P - INST/CLASSIFICATION MATTERS (NON-PGM) | WAKULLA ANNEX | CLASSIFICATION | 05/05/2022 | 05/13/2022 | Denied | 05/16/2022 | Classification interviews wrongly conducted in dayroom. |
| 122-2205-0274 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 30A - E-MAIL | WAKULLA ANNEX | GRIEVANCE COORDINATOR | 05/25/2022 | 05/26/2022 | Approved | 05/26/2022 | Wants to receive mail as scanned. |
| 122-2206-0025 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 06E - SECURITY MATTERS (INST OPER) | WAKULLA ANNEX | SECURITY | 06/03/2022 | 06/06/2022 | Denied | 06/07/2022 | 6/2/22 Alleges Sgt Perry disregarded his declared psychological emergency.<br><br>-Captain Thomas |
| 122-2206-0105 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 11C - DAMAGE (PERS PROP) | WAKULLA ANNEX | RISK MANAGEMENT | 06/09/2022 | 06/13/2022 | Denied | 06/23/2022 | Alleges mice got into his stored canteen while he was in confinement. Seeks reimbursement. |
| 122-2206-0113 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 06E - SECURITY MATTERS (INST OPER) | WAKULLA ANNEX | SECURITY | 06/09/2022 | 06/12/2022 | Approved | 06/13/2022 | 6/8/22 3rd Shift did not pick up mail.<br><br>-Captain Tetreault |
| 122-2206-0177 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 06E - SECURITY MATTERS (INST OPER) | WAKULLA ANNEX | SECURITY | 06/13/2022 | 06/20/2022 | Denied | 06/21/2022 | Made to wear Class B Uniform during Master Roster Count.<br><br>- Lt Olds |
| 122-2206-0203 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 06D - CLOTHING (INST OPER) | WAKULLA ANNEX | LAUNDRY | 06/16/2022 | 06/17/2022 | Approved | 06/17/2022 | Laundry was given to eh wrong inmate. |
| 122-2206-0209 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 06E - SECURITY MATTERS (INST OPER) | WAKULLA ANNEX | SECURITY | 06/16/2022 | 06/19/2022 | Denied | 06/20/2022 | Sgt Spivey does not allow inmates to go to medical for insulin prior to going to chow.<br><br>-Captain Thomas |
| 122-2206-0246 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 06E - SECURITY MATTERS (INST OPER) | WAKULLA ANNEX | SECURITY | 06/20/2022 | 06/21/2022 | Denied | 06/23/2022 | 6/19/22 Sgt Davis wrongfully put the dorm on "lockdown".<br><br>-Captain Thomas |
| 122-2206-0342 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 06E - SECURITY MATTERS (INST OPER) | WAKULLA ANNEX | SECURITY | 06/29/2022 | 07/10/2022 | Denied | 07/12/2022 | 6/27/22 Ofc Boone would not allow inmates to use the restroom.<br><br>-Captain Tetreault |
| 122-2206-0352 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 06E - SECURITY MATTERS (INST OPER) | WAKULLA ANNEX | SECURITY | 06/29/2022 | 06/30/2022 | Denied | 07/01/2022 | Sgt Davis subjected M-2 to "mass punishment".<br><br>-Captain Thomas |

# Bureau of Inmate Grievance Appeals

## Informal Grievances Activity

### Report Date:  4/30/2025



| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 122-2206-0356 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 06E - SECURITY MATTERS (INST OPER) | WAKULLA ANNEX | SECURITY | 06/29/2022 | 07/07/2022 | Denied | 07/08/2022 | M2 being subjected to "mass punishment".<br><br>- Lt Olds |
| 122-2206-0359 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 06E - SECURITY MATTERS (INST OPER) | WAKULLA ANNEX | SECURITY | 06/29/2022 | 07/07/2022 | Denied | 07/08/2022 | Female staff enter the inmate restrooms while inmates are present.<br><br>- Lt Olds |
| 122-2207-0143 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 06W - TRANSGENDER ISSUES (NON-MEDICAL) | WAKULLA ANNEX | SECURITY | 07/15/2022 | 07/20/2022 | Denied | 07/22/2022 | Missing PREA Shields in M-2.<br><br>- Lt Olds |
| 122-2207-0146 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 06I - FACILITY CONDITIONS(INST OPER) | WAKULLA ANNEX | ENVIRONMENTAL SERVICES | 07/15/2022 | 07/18/2022 | Approved | 07/21/2022 | Alleges trash cans in M-2 are not in compliance with the EHSM. |
| 122-2207-0148 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 06I - FACILITY CONDITIONS(INST OPER) | WAKULLA ANNEX | ENVIRONMENTAL SERVICES | 07/15/2022 | 07/18/2022 | Approved | 07/21/2022 | Alleges water fountains in M-2 are not in compliance with the EHSM. |
| 122-2207-0171 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 06E - SECURITY MATTERS (INST OPER) | WAKULLA ANNEX | SECURITY | 07/18/2022 | 07/20/2022 | Denied | 07/22/2022 | Lights being turned on to early not allowing for 7.5 hours of interrupted sleep.<br><br>- Lt Olds |
| 122-2208-0166 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 06E - SECURITY MATTERS (INST OPER) | WAKULLA ANNEX | SECURITY | 08/15/2022 | 08/21/2022 | Approved | 08/29/2022 | Issues with getting insulin within a reasonable timeframe around chow time.<br><br>- Lt Olds |
| 122-2208-0225 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 06I - FACILITY CONDITIONS(INST OPER) | WAKULLA ANNEX | SECURITY | 08/18/2022 | 08/22/2022 | Denied | 08/25/2022 | M-Dorm REC yard does not have a water fountain or shade present.<br><br>- Lt Olds |
| 122-2208-0257 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 11A - LOSS (PERS PROP) | WAKULLA ANNEX | PROPERTY | 08/22/2022 | 08/25/2022 | Denied | 08/29/2022 | Missing property upon placement in Confinement; 8/18/22. |
| 122-2208-0338 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 12E - SANITATION (FOOD SERV) | WAKULLA ANNEX | FOOD SERVICES | 08/29/2022 | 09/02/2022 | Denied | 09/06/2022 | Alleges trays have black mold. |
| 122-2208-0343 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 02C - CLOSE MANAGEMENT (PGM ASGN) | WAKULLA ANNEX | CLASSIFICATION | 08/29/2022 | 08/30/2022 | Denied | 09/01/2022 | Appeal to recommendation for CM. |
| 122-2208-0344 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 05H - IMPROPER TEAM ACTION (DISCPLN) | WAKULLA ANNEX | CLASSIFICATION | 08/29/2022 | 08/31/2022 | Denied | 09/01/2022 | Alleges canteen suspension for DR is inhibiting his access to the courts. |
| 122-2208-0385 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 11B - CONFISCATION (PERS PROP) | WAKULLA ANNEX | SECURITY | 08/31/2022 | 09/02/2022 | Denied | 09/07/2022 | Tablet confiscated because of Sgt Chunn.<br><br>- Lt Olds |
| 122-2209-0013 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 06D - CLOTHING (INST OPER) | WAKULLA ANNEX | LAUNDRY | 09/02/2022 | 09/05/2022 | Approved | 09/06/2022 | Towels in confinement. |

# Bureau of Inmate Grievance Appeals

### Informal Grievances Activity

#### Report Date:  4/30/2025



| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 122-2209-0035 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 06E - SECURITY MATTERS (INST OPER) | WAKULLA ANNEX | MAILROOM | 09/07/2022 | 09/08/2022 | Denied | 09/13/2022 | Alleges Ms. Adams is making unprofessional comments towards him during legal mail. |
| 122-2209-0089 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 02A - PROTECTIVE MGT (PGM ASGN) | WAKULLA ANNEX | GRIEVANCE COORDINATOR | 09/12/2022 | 09/12/2022 | Denied | 09/12/2022 | Alleges staff need not follow procedure for request of protection when they did not ask for protection prior to being returned to the PM Unit. |
| 122-2209-0090 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 02A - PROTECTIVE MGT (PGM ASGN) | WAKULLA ANNEX | GRIEVANCE COORDINATOR | 09/12/2022 | 09/12/2022 | Denied | 09/12/2022 | Alleges staff need not follow procedure for request of protection when they did not ask for protection prior to being returned to the PM Unit. |
| 122-2209-0091 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 02A - PROTECTIVE MGT (PGM ASGN) | WAKULLA ANNEX | GRIEVANCE COORDINATOR | 09/12/2022 | 09/12/2022 | Denied | 09/12/2022 | Alleges staff need not follow procedure for request of protection when they did not ask for protection prior to being returned to the PM Unit. |
| 122-2209-0092 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 02A - PROTECTIVE MGT (PGM ASGN) | WAKULLA ANNEX | GRIEVANCE COORDINATOR | 09/12/2022 | 09/12/2022 | Denied | 09/12/2022 | Alleges staff need not follow procedure for request of protection when they did not ask for protection prior to being returned to the PM Unit. |
| 122-2209-0093 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 02A - PROTECTIVE MGT (PGM ASGN) | WAKULLA ANNEX | GRIEVANCE COORDINATOR | 09/12/2022 | 09/12/2022 | Denied | 09/12/2022 | Alleges staff need not follow procedure for request of protection when they did not ask for protection prior to being returned to the PM Unit. |
| 122-2209-0094 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 02A - PROTECTIVE MGT (PGM ASGN) | WAKULLA ANNEX | GRIEVANCE COORDINATOR | 09/12/2022 | 09/12/2022 | Denied | 09/12/2022 | Alleges staff need not follow procedure for request of protection when they did not ask for protection prior to being returned to the PM Unit. |
| 122-2209-0103 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 06E - SECURITY MATTERS (INST OPER) | WAKULLA ANNEX | SECURITY | 09/13/2022 | 09/14/2022 | Denied | 09/15/2022 | 9/12/22 Ofc Stephens did not respond to his psych emergency. -Captain Thomas |
| 122-2209-0144 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 08N - LEGAL MAIL (LEGAL) | WAKULLA ANNEX | MAILROOM | 09/15/2022 | 09/16/2022 | Approved | 09/19/2022 | Issues with Ms. Adams and legal mail procedures. |
| 122-2209-0183 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 06E - SECURITY MATTERS (INST OPER) | WAKULLA ANNEX | PROPERTY | 09/19/2022 | 09/20/2022 | Denied | 09/21/2022 | Yet to receive stored legal work. |

# Bureau of Inmate Grievance Appeals

## Informal Grievances Activity

### Report Date:  4/30/2025



| 122-2209-0205 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 03J - GENERAL MAIL COMPLAINT (COMMUN) | WAKULLA ANNEX | GRIEVANCE COORDINATOR | 09/19/2022 | 09/19/2022 | Approved | 09/19/2022 | Alleges his inmate requests are not being received through Institutional Mail. |
|---|---|---|---|---|---|---|---|---|---|---|
| 122-2209-0222 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 09F - GENERAL POLICY (GRV PROC) | WAKULLA ANNEX | GRIEVANCE COORDINATOR | 09/21/2022 | 09/21/2022 | Returned | 09/21/2022 | (1)(r) Alleges Sgt Huggins should not be allowed to do Dorm Inspections if she cannot keep her Office clean. |
| 122-2209-0225 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 06D - CLOTHING (INST OPER) | WAKULLA ANNEX | LAUNDRY | 09/22/2022 | 09/23/2022 | Approved | 09/26/2022 | Alleges socks are not being sent to Confinement. |
| 122-2209-0240 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 11A - LOSS (PERS PROP) | WAKULLA ANNEX | PROPERTY | 09/23/2022 | 09/27/2022 | Denied | 09/28/2022 | Alleges Col. Proctor approved reimbursement for Koss Headphones. |
| 122-2209-0248 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 09E - NOT FOLLOW GRV PROC (GRV PROC) | WAKULLA ANNEX | GRIEVANCE COORDINATOR | 09/23/2022 | 09/23/2022 | Approved | 09/23/2022 | Alleges he did not author 122-2209-0222. |
| 122-2209-0282 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 08N - LEGAL MAIL (LEGAL) | WAKULLA ANNEX | MAILROOM | 09/28/2022 | 09/29/2022 | Denied | 10/03/2022 | Alleges she was not allowed to have envelopes with incoming legal mail. |
| 122-2209-0297 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 06D - CLOTHING (INST OPER) | WAKULLA ANNEX | LAUNDRY | 09/29/2022 | 09/30/2022 | Approved | 10/03/2022 | Alleges clean towels and socks are not being sent to Confinement. |
| 122-2210-0037 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 06E - SECURITY MATTERS (INST OPER) | WAKULLA ANNEX | SECURITY | 10/05/2022 | 10/10/2022 | Denied | 10/11/2022 | No audio recording in J-3. - Lt Olds |
| 122-2210-0043 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 09F - GENERAL POLICY (GRV PROC) | WAKULLA ANNEX | GRIEVANCE COORDINATOR | 10/05/2022 | 10/05/2022 | Returned | 10/05/2022 | (1)(r)Wants another inmate to CM Referred. |
| 122-2210-0061 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 05A - VIOLATION(S) OF 33-601(DISCPLN) | WAKULLA ANNEX | CLASSIFICATION | 10/07/2022 | 10/17/2022 | Denied | 10/17/2022 | Appeal to DR # 122-221813. -Nelson |
| 122-2210-0062 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 05A - VIOLATION(S) OF 33-601(DISCPLN) | WAKULLA ANNEX | CLASSIFICATION | 10/07/2022 | 10/17/2022 | Denied | 10/17/2022 | Appeal to DR # 122-221813. -Nelson |
| 215-2305-0319 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 11E - ISSUE FROM OTHER FACILITY | HAMILTON C.I. | GRIEVANCE COORDINATOR | 05/31/2023 | 06/06/2023 | Approved | 06/06/2023 | Inmate is grieving not receiving his lock back from Lancaster CI. |
| 215-2305-0342 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 10G - IMPROPER CONDUCT (COMPLNTS) | HAMILTON C.I. | SECURITY | 05/31/2023 | 06/01/2023 | Approved | 06/06/2023 | inmate is grieving officer white from Lancaster's conduct while at Outside Hospital. |
| 215-2306-0067 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 11E - ISSUE FROM OTHER FACILITY | HAMILTON C.I. | PROPERTY | 06/06/2023 | 06/12/2023 | Denied | 06/16/2023 | Inmate is grieving shoes from Lancaster CI. |
| 215-2306-0339 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 11E - ISSUE FROM OTHER FACILITY | HAMILTON C.I. | PROPERTY | 06/29/2023 | 07/07/2023 | Returned | 07/12/2023 | Inmate is grieving he has not received replaced property yet. |

# Bureau of Inmate Grievance Appeals

## Informal Grievances Activity

### Report Date:  4/30/2025



| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 215-2311-0187 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 06I - FACILITY CONDITIONS(INST OPER) | HAMILTON C.I. | SECURITY | 11/20/2023 | 11/27/2023 | Approved | 11/29/2023 | Inmate is grieving water leak in ceiling. |
| 215-2312-0043 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 06H - GENERAL POLICIES (INST OPER) | HAMILTON C.I. | SECURITY | 12/05/2023 | 12/11/2023 | Approved | 12/13/2023 | Inmate is grieving lockdown. |
| 215-2312-0051 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 30E - GENERAL KIOSK/TABLET ISSUES | HAMILTON C.I. | GRIEVANCE COORDINATOR | 12/05/2023 | 12/05/2023 | Returned | 12/05/2023 | Inmate states tablet being took September 2023. |
| 215-2312-0148 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 06H - GENERAL POLICIES (INST OPER) | HAMILTON C.I. | SECURITY | 12/15/2023 | 12/18/2023 | Approved | 12/20/2023 | grieving staff unplugging the tablet charging station. |
| 215-2401-0275 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 10G - IMPROPER CONDUCT (COMPLNTS) | HAMILTON C.I. | SECURITY | 01/17/2024 | 01/24/2024 | Approved | 01/24/2024 | Inmate is grieving staff conduct. |
| 215-2401-0408 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 10B - THREATS BY STAFF (COMPLNTS) | HAMILTON C.I. | SECURITY | 01/29/2024 | 01/31/2024 | Approved | 02/02/2024 | GRIEVING STAFF MAKING THREATS TOWARDS HIM . |
| 215-2402-0011 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 07H - INADEQUATE TREATMENT (MEDICAL) | HAMILTON C.I. | HEALTH SERVICES | 01/31/2024 | 02/07/2024 | Denied | 02/07/2024 | ANNEX: GRIEVING NOT BEING GRIEVING PROPER MEDICINE BEFORE PROECDURE. |
| 215-2404-0322 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 06D - CLOTHING (INST OPER) | HAMILTON C.I. | SECURITY | 04/23/2024 | 04/26/2024 | Approved | 04/29/2024 | holes in socks. holes in bottom of crocs. |
| 215-2405-0027 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 13H - MORE THAN ONE ISSUE   (MISC) | HAMILTON C.I. | GRIEVANCE COORDINATOR | 04/29/2024 | 05/01/2024 | Returned | 05/02/2024 | multiple issues or concerns |
| 215-2405-0032 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 02A - PROTECTIVE MGT (PGM ASGN) | HAMILTON C.I. | CLASSIFICATION | 05/01/2024 | 05/06/2024 | Returned | 05/10/2024 | Inmate states that he is in fear for his safety ad is in need of a transfer. |
| 215-2405-0033 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 30E - GENERAL KIOSK/TABLET ISSUES | HAMILTON C.I. | CLASSIFICATION | 05/01/2024 | 05/06/2024 | Approved | 05/13/2024 | Inmate states that he should have a tablet. |
| 215-2405-0035 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 10G - IMPROPER CONDUCT (COMPLNTS) | HAMILTON C.I. | SECURITY | 05/01/2024 | 05/02/2024 | Denied | 05/06/2024 | Inmate claims that officer diamond told the whole wing that he is a child molester. |
| 215-2405-0047 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 07P - MEDICAL SUPPLIES (MEDICAL) | HAMILTON C.I. | HEALTH SERVICES | 05/03/2024 | 05/14/2024 | Denied | 05/14/2024 | grieving not getting water bottles for CPAP. |
| 215-2405-0078 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 06H - GENERAL POLICIES (INST OPER) | HAMILTON C.I. | SECURITY | 05/07/2024 | 05/08/2024 | Returned | 05/13/2024 | poor confinement conditions. Chaplain does not make rounds, officer do not conduct security checks, grievance don't get processed regularly or when asked. |
| 215-2405-0079 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 12E - SANITATION (FOOD SERV) | HAMILTON C.I. | SECURITY | 05/06/2024 | 05/08/2024 | Approved | 05/13/2024 | grieving lids being took off trays and stacked ontop of food with unsanitary bottoms. |
| 215-2405-0211 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 09A - ACCESS TO FORMS (GRV PROC) | HAMILTON C.I. | GRIEVANCE COORDINATOR | 05/21/2024 | 05/21/2024 | Approved | 05/21/2024 | Inmate states that he did not receive receipts for his grievances. |
| 215-2405-0217 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 30E - GENERAL KIOSK/TABLET ISSUES | HAMILTON C.I. | SECURITY | 05/21/2024 | 05/27/2024 | Denied | 05/30/2024 | Inmate states that he does not have a tablet. |
| 215-2405-0218 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 11A - LOSS        (PERS PROP) | HAMILTON C.I. | PROPERTY | 05/21/2024 | 05/28/2024 | Approved | 05/30/2024 | Inmate is grieving his lost property. |
| 215-2405-0221 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 10G - IMPROPER CONDUCT (COMPLNTS) | HAMILTON C.I. | SECURITY | 05/21/2024 | 05/22/2024 | Denied | 05/23/2024 | Inmate states that officer diamond was refusing to feed him. |
| 215-2405-0222 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 02A - PROTECTIVE MGT (PGM ASGN) | HAMILTON C.I. | SECURITY | 05/21/2024 | 05/22/2024 | Approved | 05/23/2024 | Inmate states that he is in fear for his life and is in need of protection. |

# Bureau of Inmate Grievance Appeals

### Informal Grievances Activity

**Report Date:   4/30/2025**



| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 215-2405-0227 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 06C - TIME SCHEDULES (INST OPER) | HAMILTON C.I. | CLASSIFICATION | 05/22/2024 | 05/23/2024 | Denied | 06/05/2024 | Inmate wants to be placed on the callout to speak with his lawyer. |
| 215-2405-0228 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 12A - MASTER MENU (FOOD SERV) | HAMILTON C.I. | FOOD SERVICES | 05/22/2024 | 05/23/2024 | Denied | 05/24/2024 | Inmate states that the master menu is not being served as written. |
| 215-2405-0229 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 12A - MASTER MENU (FOOD SERV) | HAMILTON C.I. | FOOD SERVICES | 05/22/2024 | 05/23/2024 | Approved | 05/24/2024 | Inmate states that the master menu is not being served as written. |
| 215-2405-0232 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 07C - MENTAL HEALTH INPATIENT (MEDICAL) | HAMILTON C.I. | HEALTH SERVICES | 05/22/2024 | 05/29/2024 | Denied | 05/29/2024 | Inmate states that he has not been seen by his mental health provider. |
| 215-2405-0235 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 06I - FACILITY CONDITIONS(INST OPER) | HAMILTON C.I. | SECURITY | 05/22/2024 | 05/28/2024 | Denied | 05/30/2024 | Inmate is grieving being forced to keep his CPAP machine on the floor. |
| 215-2405-0236 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 06E - SECURITY MATTERS (INST OPER) | HAMILTON C.I. | SECURITY | 05/22/2024 | 05/28/2024 | Denied | 05/30/2024 | Inmate states that officers are not honoring his cane pass in confinement. |
| 215-2405-0237 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 06D - CLOTHING (INST OPER) | HAMILTON C.I. | SECURITY | 05/22/2024 | 05/28/2024 | Denied | 05/30/2024 | Insufficient laundry. |
| 215-2405-0238 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 10G - IMPROPER CONDUCT (COMPLNTS) | HAMILTON C.I. | SECURITY | 05/22/2024 | 05/28/2024 | Denied | 05/30/2024 | Inmate alleges that officer are tearing up his mail. |
| 215-2405-0266 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 13H - MORE THAN ONE ISSUE   (MISC) | HAMILTON C.I. | GRIEVANCE COORDINATOR | 05/24/2024 | 05/30/2024 | Returned | 05/30/2024 | grieving CM status and allegations |
| 215-2405-0291 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 06H - GENERAL POLICIES (INST OPER) | HAMILTON C.I. | CLASSIFICATION | 05/29/2024 | 05/30/2024 | Denied | 05/30/2024 | Not placed on callout for his legal call. |
| 215-2405-0292 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 02C - CLOSE MANAGEMENT   (PGM ASGN) | HAMILTON C.I. | CLASSIFICATION | 05/29/2024 | 06/05/2024 | Denied | 06/06/2024 | Inmate states that he did not receive written notice of state class decision. |
| 215-2405-0293 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 03J - GENERAL MAIL COMPLAINT (COMMUN) | HAMILTON C.I. | MAILROOM | 05/29/2024 | 05/29/2024 | Denied | 06/06/2024 | Inmate states that his free letter was not allowed. |
| 215-2405-0295 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 07H - INADEQUATE TREATMENT (MEDICAL) | HAMILTON C.I. | HEALTH SERVICES | 05/29/2024 | 06/04/2024 | Denied | 06/04/2024 | Inmate states that he is not receiving proper medical care. |
| 215-2405-0296 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 06D - CLOTHING (INST OPER) | HAMILTON C.I. | SECURITY | 05/29/2024 | 05/30/2024 | Denied | 05/30/2024 | Inmate is grieving inadequate laundry. |
| 215-2405-0297 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 06I - FACILITY CONDITIONS(INST OPER) | HAMILTON C.I. | SECURITY | 05/29/2024 | 05/30/2024 | Approved | 05/30/2024 | Inmate states that the fire sprinkler was never repaired in the dorm. |
| 215-2406-0010 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 30 E - GENERAL KIOSK/TABLET ISSUES | HAMILTON C.I. | SECURITY | 06/03/2024 | 06/07/2024 | Denied | 06/11/2024 | Does not have a tablet. |
| 215-2406-0033 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 02K - HOUSING ASSIGNMENT  (PGM ASGN) | HAMILTON C.I. | SECURITY | 06/04/2024 | 06/10/2024 | Denied | 06/11/2024 | Inmate states that he needs a bunk change. |
| 215-2406-0082 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 30 E - GENERAL KIOSK/TABLET ISSUES | HAMILTON C.I. | PROPERTY | 06/10/2024 | 06/12/2024 | Denied | 06/13/2024 | does not have a tablet |
| 215-2406-0084 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 30 E - GENERAL KIOSK/TABLET ISSUES | HAMILTON C.I. | PROPERTY | 06/10/2024 | 06/12/2024 | Denied | 06/13/2024 | did not get tablet |
| 215-2406-0085 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 30 E - GENERAL KIOSK/TABLET ISSUES | HAMILTON C.I. | PROPERTY | 06/10/2024 | 06/13/2024 | Denied | 06/14/2024 | did not get tablet |
| 215-2406-0086 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 02K - HOUSING ASSIGNMENT  (PGM ASGN) | HAMILTON C.I. | SECURITY | 06/10/2024 | 06/13/2024 | Denied | 06/14/2024 | grieving housing assignment |

# Bureau of Inmate Grievance Appeals

## Informal Grievances Activity

### Report Date:    4/30/2025



| 215-2406-0087 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 06E - SECURITY MATTERS (INST OPER) | HAMILTON C.I. | SECURITY | 06/10/2024 | 06/14/2024 | Denied | 06/19/2024 | grieving that ofc diamond is still working around him |
|---|---|---|---|---|---|---|---|---|---|---|
| 215-2406-0088 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 06E - SECURITY MATTERS (INST OPER) | HAMILTON C.I. | SECURITY | 06/10/2024 | 06/14/2024 | Returned | 06/18/2024 | issue with confinement orderly |
| 215-2406-0089 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 06E - SECURITY MATTERS (INST OPER) | HAMILTON C.I. | SECURITY | 06/10/2024 | 06/11/2024 | Denied | 06/18/2024 | cpap being unplugged |
| 215-2406-0113 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 30F - KIOSK/TABLET SUSPENSION | HAMILTON C.I. | PROPERTY | 06/11/2024 | 06/12/2024 | Denied | | inquiring about replacement tablet |
| 215-2406-0124 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 08N - LEGAL MAIL (LEGAL) | HAMILTON C.I. | MAILROOM | 06/13/2024 | 06/14/2024 | Returned | 06/18/2024 | stating legal mail not delivered |
| 215-2406-0125 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 06B - COPYING/NOTARY SERV(INST OPER) | HAMILTON C.I. | MAILROOM | 06/13/2024 | 06/14/2024 | Denied | | notary service |
| 215-2406-0138 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 06A - ACCESS TO LAW LIBRARY (INST OPER) | HAMILTON C.I. | EDUCATIONAL SERVICES | 06/14/2024 | 06/21/2024 | Denied | 06/24/2024 | states law library is not providing him with envelopes |
| 215-2406-0141 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 30E - GENERAL KIOSK/TABLET ISSUES | HAMILTON C.I. | PROPERTY | 06/14/2024 | 06/17/2024 | Denied | 06/19/2024 | missing tablet |
| 215-2406-0188 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 09D - NO RESPONSE RECEIVED(GRV PROC) | HAMILTON C.I. | GRIEVANCE COORDINATOR | 06/18/2024 | 06/18/2024 | Denied | 06/18/2024 | Inmate states that he has not received responses to his grievances. |
| 215-2406-0192 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 12D - TEMPERATURE (FOOD SERV) | HAMILTON C.I. | FOOD SERVICES | 06/18/2024 | 06/21/2024 | Approved | 06/24/2024 | Not getting ice in their drinks |
| 215-2406-0199 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 06B - COPYING/NOTARY SERV(INST OPER) | HAMILTON C.I. | PROPERTY | 06/18/2024 | 06/20/2024 | Approved | 06/21/2024 | Grieving lack of notary services |
| 215-2406-0202 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 30F - KIOSK/TABLET SUSPENSION | HAMILTON C.I. | PROPERTY | 06/18/2024 | 06/20/2024 | Denied | 06/21/2024 | grieving tablet suspension |
| 215-2406-0211 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 10G - IMPROPER CONDUCT (COMPLNTS) | HAMILTON C.I. | SECURITY | 06/18/2024 | 06/19/2024 | Denied | 06/20/2024 | Inmate states that he was denied medical attention |
| 215-2406-0213 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 10G - IMPROPER CONDUCT (COMPLNTS) | HAMILTON C.I. | SECURITY | 06/18/2024 | 06/19/2024 | Denied | 06/20/2024 | Continuously harassed |
| 215-2406-0246 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 30E - GENERAL KIOSK/TABLET ISSUES | HAMILTON C.I. | PROPERTY | 06/20/2024 | 06/24/2024 | Denied | 06/25/2024 | stating he received an incomplete response on a previous informal grievance (2406-215-0085) |
| 215-2406-0272 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 06D - CLOTHING (INST OPER) | HAMILTON C.I. | SECURITY | 06/21/2024 | 06/26/2024 | Denied | 06/27/2024 | states his is need of replacement clothing |
| 215-2406-0350 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 06H - GENERAL POLICIES (INST OPER) | HAMILTON C.I. | SECURITY | 06/25/2024 | 07/02/2024 | Denied | 07/03/2024 | inmate states that he should be able to grow out his hair |
| 215-2406-0351 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 10G - IMPROPER CONDUCT (COMPLNTS) | HAMILTON C.I. | SECURITY | 06/25/2024 | 06/28/2024 | Denied | 07/03/2024 | officer made inappropriate remark |
| 215-2406-0352 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 06H - GENERAL POLICIES (INST OPER) | HAMILTON C.I. | SECURITY | 06/25/2024 | 06/28/2024 | Approved | 07/03/2024 | grieving how the trays are served |
| 215-2406-0389 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 09D - NO RESPONSE RECEIVED(GRV PROC) | HAMILTON C.I. | GRIEVANCE COORDINATOR | 06/28/2024 | 07/09/2024 | Approved | 07/09/2024 | asking if formal has been responded to. |
| 215-2407-0021 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 06I - FACILITY CONDITIONS(INST OPER) | HAMILTON C.I. | SECURITY | 07/02/2024 | 07/08/2024 | Approved | 07/09/2024 | stating fire system sprinklers do not work correctly |
| 215-2407-0036 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 10G - IMPROPER CONDUCT (COMPLNTS) | HAMILTON C.I. | SECURITY | 07/02/2024 | 07/08/2024 | Denied | 07/09/2024 | states officer threatened him and his family |
| 215-2407-0040 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 30E - GENERAL KIOSK/TABLET ISSUES | HAMILTON C.I. | PROPERTY | 07/02/2024 | 07/03/2024 | Denied | 07/08/2024 | asking for tablet to be replaced |
| 215-2407-0332 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 04B - LACK OF PRIVILEGES (CONFIN) | HAMILTON C.I. | SECURITY | 07/19/2024 | 07/23/2024 | Denied | 07/24/2024 | states he did not get his phone call after returning from outside court |

# Bureau of Inmate Grievance Appeals

## Informal Grievances Activity

### Report Date:  4/30/2025



| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 215-2407-0344 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 06D - CLOTHING (INST OPER) | HAMILTON C.I. | SECURITY | 07/19/2024 | 07/23/2024 | Approved | 07/24/2024 | states he was not given a bedroll when he returned from outside court |
| 215-2407-0450 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 30E - GENERAL KIOSK/TABLET ISSUES | HAMILTON C.I. | PROPERTY | 07/23/2024 | 07/31/2024 | Approved | 08/01/2024 | states he should be eligible for a replacement tablet |
| 215-2407-0451 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 12D - TEMPERATURE (FOOD SERV) | HAMILTON C.I. | FOOD SERVICES | 07/23/2024 | 07/25/2024 | Denied | 07/26/2024 | warm water and no salt on lunch trays in confinement |
| 215-2407-0452 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 12A - MASTER MENU (FOOD SERV) | HAMILTON C.I. | FOOD SERVICES | 07/23/2024 | 07/25/2024 | Denied | 07/26/2024 | no ice water and no salt on confinement meal trays |
| 215-2407-0453 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 12A - MASTER MENU (FOOD SERV) | HAMILTON C.I. | FOOD SERVICES | 07/23/2024 | 07/25/2024 | Approved | 07/26/2024 | state confinement meal trays are not prepared properly |
| 215-2407-0454 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 11A - LOSS      (PERS PROP) | HAMILTON C.I. | PROPERTY | 07/23/2024 | 07/31/2024 | Approved | 08/01/2024 | state walking cane in missing |
| 215-2407-0455 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 06I - FACILITY CONDITIONS(INST OPER) | HAMILTON C.I. | SECURITY | 07/23/2024 | 07/24/2024 | Denied | 07/26/2024 | state the sprinkler system in confinement have been deactivated |
| 215-2407-0456 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 07G - MEDICATION ISSUES (MEDICAL) | HAMILTON C.I. | HEALTH SERVICES | 07/23/2024 | 07/30/2024 | Returned | 07/30/2024 | state his prescribed lotion is missing |
| 215-2407-0457 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 09D - NO RESPONSE RECEIVED(GRV PROC) | HAMILTON C.I. | GRIEVANCE COORDINATOR | 07/24/2024 | 07/24/2024 | Returned | 07/24/2024 | states he has not received his response to from an appeal |
| 215-2407-0471 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 12A - MASTER MENU (FOOD SERV) | HAMILTON C.I. | FOOD SERVICES | 07/24/2024 | 07/25/2024 | Returned | 07/26/2024 | no ice, salt, or drink mixes on confinement trays |
| 215-2407-0498 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 12B - QUANTITY OF FOOD (FOOD SERV) | HAMILTON C.I. | FOOD SERVICES | 07/25/2024 | 07/25/2024 | Approved | 07/30/2024 | states no ice, salt or drink mixes on confinement trays |
| 215-2407-0499 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 06I - FACILITY CONDITIONS(INST OPER) | HAMILTON C.I. | SECURITY | 07/25/2024 | 07/31/2024 | Denied | 08/01/2024 | states his cell is infected with ants and roaches |
| 215-2407-0502 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 12B - QUANTITY OF FOOD (FOOD SERV) | HAMILTON C.I. | FOOD SERVICES | 07/25/2024 | 07/26/2024 | Approved | 07/30/2024 | states no ice, salt or drink mixes on confinement trays |
| 215-2407-0548 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 08L - LAW CLERKS (LEGAL) | HAMILTON C.I. | EDUCATIONAL SERVICES | 07/30/2024 | 08/07/2024 | Denied | 08/28/2024 | states envelopes should not be addressed when they come from the law library |
| 215-2407-0549 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 04A - LIVING CONDITIONS (CONFIN) | HAMILTON C.I. | SECURITY | 07/30/2024 | 07/31/2024 | Denied | 08/01/2024 | states living conditions in confinement are inhumane |
| 215-2407-0550 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 04A - LIVING CONDITIONS (CONFIN) | HAMILTON C.I. | SECURITY | 07/30/2024 | 07/31/2024 | Approved | 08/01/2024 | state H-dorm is infected with rats, roaches & ants |
| 215-2407-0551 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 04A - LIVING CONDITIONS (CONFIN) | HAMILTON C.I. | SECURITY | 07/30/2024 | 07/31/2024 | Denied | 08/01/2024 | states inmate in another cell is throwing his food tray against his cell door causing him to have ants in his cell |
| 215-2408-0015 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 03J - GENERAL MAIL COMPLAINT (COMMUN) | HAMILTON C.I. | SECURITY | 08/01/2024 | 08/05/2024 | Denied | 08/07/2024 | mail not being delivered until late |
| 215-2408-0043 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 30E - GENERAL KIOSK/TABLET ISSUES | HAMILTON C.I. | PROPERTY | 08/06/2024 | 08/08/2024 | Approved | 08/09/2024 | states he was approved for a tablet and has never received it |

# Bureau of Inmate Grievance Appeals

## Informal Grievances Activity

### Report Date:  4/30/2025



| 215-2408-0044 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 10G - IMPROPER CONDUCT (COMPLNTS) | HAMILTON C.I. | SECURITY | 08/06/2024 | 08/07/2024 | Denied | 08/08/2024 | states improper conduct by officer concerning his laundry |
| 215-2408-0045 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 05B - POOR INVESTIGATION (DISCPLN) | HAMILTON C.I. | GRIEVANCE COORDINATOR | 08/06/2024 | 08/06/2024 | Returned | 08/06/2024 | complaint about investigation into stabling in 2022 |
| 215-2408-0118 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 08I - ACCESS TO OFFENDER RCDS(LEGAL) | HAMILTON C.I. | CLASSIFICATION | 08/08/2024 | 08/13/2024 | Approved | 08/14/2024 | state a judge issue an order for his information to be removed off of the FDC public website and it has not been removed |
| 215-2408-0265 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 01E - PROTECTION (TRANSFER) | HAMILTON C.I. | CLASSIFICATION | 08/14/2024 | 08/15/2024 | Returned | 08/20/2024 | state he was ordered by a judge to be transferred out of state for protection |
| 215-2408-0266 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 07G - MEDICATION ISSUES (MEDICAL) | HAMILTON C.I. | HEALTH SERVICES | 08/14/2024 | 08/21/2024 | Denied | 08/21/2024 | state he has not had his medications since returning for outside court in July |
| 215-2408-0304 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 04A - LIVING CONDITIONS (CONFIN) | HAMILTON C.I. | SECURITY | 08/16/2024 | 08/20/2024 | Denied | 08/21/2024 | states the living conditions in confinement are unconstitutional, improper air flow because of lack of fans in Y dorm |
| 215-2408-0305 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 06H - GENERAL POLICIES (INST OPER) | HAMILTON C.I. | SECURITY | 08/16/2024 | 08/20/2024 | Denied | 08/21/2024 | states the tablets are not being charged properly, being on the chargers too long |
| 215-2408-0306 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 30E - GENERAL KIOSK/TABLET ISSUES | HAMILTON C.I. | PROPERTY | 08/16/2024 | 08/20/2024 | Returned | 08/21/2024 | states he is not receiving his email via his tablet |
| 215-2408-0307 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 30E - GENERAL KIOSK/TABLET ISSUES | HAMILTON C.I. | PROPERTY | 08/16/2024 | 08/20/2024 | Returned | 08/21/2024 | states he received a replacement tablet and does not have access to his games |
| 215-2408-0397 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 11A - LOSS (PERS PROP) | HAMILTON C.I. | PROPERTY | 08/22/2024 | 08/28/2024 | Approved | 08/29/2024 | states his watch was not returned to him when he came back from outside court |
| 215-2408-0398 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 08N - LEGAL MAIL (LEGAL) | HAMILTON C.I. | EDUCATIONAL SERVICES | 08/22/2024 | 08/29/2024 | Returned | 09/04/2024 | states he is not receiving envelopes for legal mail from the library |
| 215-2408-0406 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 04A - LIVING CONDITIONS (CONFIN) | HAMILTON C.I. | SECURITY | 08/22/2024 | 08/26/2024 | Denied | 08/27/2024 | states a problems with the water pressure in his sink |
| 215-2408-0407 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 04A - LIVING CONDITIONS (CONFIN) | HAMILTON C.I. | SECURITY | 08/22/2024 | 08/26/2024 | Returned | 08/27/2024 | states the cooler with ice water is not being taken around confinement |
| 215-2408-0410 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 05E - REPORTING PROCEDURES (DISCPLN) | HAMILTON C.I. | CLASSIFICATION | 08/23/2024 | 08/27/2024 | Returned | 08/27/2024 | states the officer that wrote his DR told him he did not actually write it |
| 215-2408-0430 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 09D - NO RESPONSE RECEIVED(GRV PROC) | HAMILTON C.I. | GRIEVANCE COORDINATOR | 08/23/2024 | 08/27/2024 | Denied | 08/27/2024 | states he never received a response on a previously filed grievance |

# Bureau of Inmate Grievance Appeals

## Informal Grievances Activity

### Report Date:  4/30/2025



| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 215-2408-0528 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 07P - MEDICAL SUPPLIES (MEDICAL) | HAMILTON C.I. | HEALTH SERVICES | 08/28/2024 | 09/04/2024 | Denied | 09/04/2024 | states he has not received his CPAP mask that was ordered 3 weeks ago |
| 215-2409-0059 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 03B - PACKAGE PERMIT (COMMUN) | HAMILTON C.I. | FOOD SERVICES | 09/04/2024 | 09/17/2024 | Denied | 09/17/2024 | asking for his restricted lcares account to be unlocked |
| 215-2409-0125 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 04B - LACK OF PRIVILEGES (CONFIN) | HAMILTON C.I. | SECURUS | 09/05/2024 | 09/06/2024 | Denied | 09/06/2024 | states being in confinement he is being deprived of privileges |
| 215-2409-0145 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 07I - CO-PAYMENTS (MEDICAL) | HAMILTON C.I. | HEALTH SERVICES | 09/06/2024 | 09/10/2024 | Denied | 09/11/2024 | states he was charged co-pays for sick call outs he did not go to |
| 215-2409-0357 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 06H - GENERAL POLICIES (INST OPER) | HAMILTON C.I. | EDUCATIONAL SERVICES | 09/18/2024 | 09/18/2024 | Denied | 09/18/2024 | states his access to the courts is being hindered because is inmate request for indigent supplies are being held for up to 15 days |
| 215-2409-0362 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 30C - GAMES/MUSIC | HAMILTON C.I. | PROPERTY | 09/18/2024 | 09/18/2024 | Returned | 09/18/2024 | stats other inmates in confinement have access to games previously downloaded on their tablets but he doesn't have access to his, requesting access to his games |
| 215-2410-0478 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 07S - VISION ISSUES (MEDICAL) | HAMILTON C.I. | HEALTH SERVICES | 10/29/2024 | 10/30/2024 | Denied | 10/30/2024 | states he was told to sign for eyeglasses that are not his prescription |
| 215-2411-0093 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 10G - IMPROPER CONDUCT (COMPLNTS) | HAMILTON C.I. | SECURITY | 11/05/2024 | 11/06/2024 | Denied | 11/12/2024 | states officer refused to take his witness statement |
| 251-2211-0009 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 06H - GENERAL POLICIES (INST OPER) | COLUMBIA ANNEX | CLASSIFICATION | 11/01/2022 | 11/08/2022 | Returned | 11/09/2022 | T13 - SEEKING FOR GREIVANTS INFO BE REMOVED FROM PUBLIC WEBSITE FOR PROTECTION - ON PM. |
| 251-2211-0027 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 06M - CANTEEN ISSUES (INST OPER) | COLUMBIA ANNEX | CANTEEN | 11/02/2022 | 11/04/2022 | Approved | 11/04/2022 | CANTEEN - GRIEVING NO CANTEEN OPERATOR IN O D DORM. SEEKING CANTEEN OPERATOR BE REPLACED AND O DORM CANTEEN OPENED. |
| 251-2211-0135 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 06M - CANTEEN ISSUES (INST OPER) | COLUMBIA ANNEX | CANTEEN | 11/14/2022 | 11/22/2022 | Returned | 11/22/2022 | CANTEEN - DID NOT RECEIVE ITEM FROM CANTEEN ORDER |

# Bureau of Inmate Grievance Appeals

## Informal Grievances Activity

### Report Date:  4/30/2025



| 251-2211-0220 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 06M - CANTEEN ISSUES (INST OPER) | COLUMBIA ANNEX | CANTEEN | 11/21/2022 | 11/28/2022 | Returned | 11/28/2022 | CANTEEN - GRIEVING ON 8/10/22 ORDERED A PAIR OF 9.5 4E SC MENS MID LEATHER SHOES ID #58003453 REC ON 11/8/22 FOR #$35.39 PLUS TAX AND THEY ARE FALLING APART ALREADY. SEEKING A NEW PAIR OR A REFUND. |
|---|---|---|---|---|---|---|---|---|---|---|
| 251-2211-0251 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 07H - INADEQUATE TREATMENT (MEDICAL) | COLUMBIA ANNEX | HEALTH SERVICES | 11/28/2022 | 12/07/2022 | Denied | 12/08/2022 | MEDICAL - NEED TO SEE MEDICAL FOR ISSUE |
| 251-2211-0273 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 12A - MASTER MENU (FOOD SERV) | COLUMBIA ANNEX | FOOD SERVICES | 11/28/2022 | 11/30/2022 | Denied | 12/01/2022 | FOOD SERV - GRIEVING NOT RECEIVING CONDIMENTS ON TRAYS. |
| 251-2211-0274 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 12A - MASTER MENU (FOOD SERV) | COLUMBIA ANNEX | FOOD SERVICES | 11/28/2022 | 11/30/2022 | Denied | 12/01/2022 | FOOD SERV - GRIEVING NOT RECEIVING PROPER AMOUNT OF CHEESE ON TRAYS AT LUNCH = SHOULD GET 2 SLICES ONLY REC 1 SLICE. |
| 251-2212-0007 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 03D - STAFF NOT RESPONDING  (COMMUN) | COLUMBIA ANNEX | EDUCATIONAL SERVICES | 12/01/2022 | 12/06/2022 | Denied | 12/07/2022 | H.RAINEY - GRIEVING SUBMITTING 2 REQS TO BE PROVIDED APPROVAL FORM TO FILL OUT AND RETURN FOR A PARALEGAL CORRESP COURSE - NO RESPONSE. |
| 251-2212-0029 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 06H - GENERAL POLICIES (INST OPER) | COLUMBIA ANNEX | SECURITY | 12/05/2022 | 12/12/2022 | Denied | 12/12/2022 | SECURITY - GRIEVING O1 DORM WATER COOLER IS BROKE AND NOT IN PROPER WORKING ORDER. |
| 251-2302-0281 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 10C - NEGLIGENCE (COMPLNTS) | COLUMBIA ANNEX | SECURITY | 02/22/2023 | 03/02/2023 | Returned | 03/02/2023 | SECURITY - GRIEVING OFC ANDERSON REFUSED TO GIVE GREIVANT IBUPROFEN. |
| 510-2411-0548 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 06D - CLOTHING (INST OPER) | CHARLOTTE C.I. | LAUNDRY | 11/14/2024 | 11/19/2024 | Approved | 11/19/2024 | Shortages sizes |
| 510-2501-0344 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 02C - CLOSE MANAGEMENT   (PGM ASGN) | CHARLOTTE C.I. | CLASSIFICATION | 01/09/2025 | 01/23/2025 | Approved | 01/23/2025 | CM3 as CM1 housed Sent to CLS Zelina |
| 510-2501-0614 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 06D - CLOTHING (INST OPER) | CHARLOTTE C.I. | LAUNDRY | 01/16/2025 | 01/22/2025 | Approved | 01/24/2025 | Shortages |
| 510-2501-0642 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 07S - VISION ISSUES (MEDICAL) | CHARLOTTE C.I. | GRIEVANCE COORDINATOR | 01/17/2025 | 01/21/2025 | Returned | 01/21/2025 | OOT to grieve not getting glasses from 9/2024 |
| 510-2501-0659 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 03E - TELEPHONE PRIVILEGES  (COMMUN) | CHARLOTTE C.I. | CHAPLAINCY SERVICES | 01/17/2025 | 01/29/2025 | Denied | 01/30/2025 | Did not get crisis call. |
| 510-2501-0701 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 06D - CLOTHING (INST OPER) | CHARLOTTE C.I. | LAUNDRY | 01/21/2025 | 01/27/2025 | Denied | 01/28/2025 | Shortages |

**Bureau of Inmate Grievance Appeals**

Informal Grievances Activity

Report Date:  **4/30/2025**



| 510-2501-0920 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 08L - LAW CLERKS (LEGAL) | CHARLOTTE C.I. | LIBRARY SERVICES | 01/24/2025 | 01/25/2025 | Denied | 01/28/2025 | Law Library issue |
| 510-2501-0921 | LUZIER, JOSEPH (E24178) | 463 - DADE C.I. (A2105L) | 07A - GENERAL MEDICAL (MEDICAL) | CHARLOTTE C.I. | HEALTH SERVICES | 01/24/2025 | 01/24/2025 | Denied | 01/24/2025 | Eye prescrit wants it |
| **Total Informal Grievances:** | | | **200** | | | | | | | |

**INMATE REQUEST**

**STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS**

Mail Number: _____
Team Number: _____
Institution: _____

| TO: (Check One) | ☑ Warden | ☐ Classification | ☐ Medical | ☐ Dental |
|---|---|---|---|---|
| | ☐ Asst. Warden | ☐ Security | ☐ Mental Health | ☐ Other |

| FROM: | Inmate Name Joseph J. "Joey" Luzier III | DC Number E24178 | Quarters H1-120L | Job Assignment cm2 | Date 8/1/24 |
|---|---|---|---|---|---|

**REQUEST**                                    Check here if this is an informal grievance ☑

This informal grievance is being submitted because on 2/2/22 while in the Florida Dept. of Corrections housed at Apalachee Corr. Inst.-East Unit under the supervision of Warden Maddox, Asst. Warden Brown, Major Jenkins, Sgt. Runyon and all FDC officials assigned to work at A.C.I.-East Unit on 2/2/22 between 10am and 5pm, I was stabbed 4X by inmate C. Robinson as I was walking from the chow hall back to R-Dorm. The stabbing occurred on the only walkway that goes from the chow hall to R-Dorm, in between the medical building and M-Dorm where FDC officials had knowledge was a "blind spot" to video surveillance and is notorious for multiple stabbings, yet failed to do anything about it.

ARGUMENT:

As FDC officials, "acting under color of state law" the Eighth Amendment prohibits cruel and unusual punishment and officials had a lawful duty to "take reasonable

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

| Inmate (Signature): Joseph J. "Joey" Luzier | DC#: E24178 |
|---|---|

**DO NOT WRITE BELOW THIS LINE**

CX-GC    215-2408-0045

**RESPONSE**

DATE RECEIVED: **RECEIVED AUG 06 2024 OFFICE OF ASSISTANT WARDEN**

Your informal grievance has been filed in non-compliance with Chapter 33-103.014 (1)(4), Inmate Grievance Procedure, which states the following reason for return, the inmate has filed an informal grievance in excess to 20 days from the time the event being grieved occurred. Based on the foregoing information your grievance is being returned without action.

[The following pertains to informal grievances only]:

Based on the above information, your grievance is **Returned** (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Print Name): Meghin Franklin | Official (Signature): Meghin Franklin | Date: 8/6/24 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within ~~10~~15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

5b

DC6-236 (Effective ~~12~~/14)

Incorporated by Reference in Rule 33-103.005, F.A.C.

②

measures to guarentee my safety" (Farmer v. Brennan, 511 U.S. 825, 832 (1994), and their duty to protect encompasses, "protecting prisoners from violence at the hands of other prisoners."

By having knowledge that the area I was stabbed on the walkway was a blind spot to all fixed video surveillence and a notorious area where inmates fall victim to stabbings, they failed to uphold their lawful duty to protect me.

Furthermore, not having any stationary metel detectors on the highly travelled areas of the compound further supports that FDC officials failed to "take reasonable measures to guarentee my safety", which led to me being brutally stabbed 4X, one of those times being on the side of my face (left side) near my ear which has caused permenent disfigurement being that the lower left side of my face is unable to allow me to smile properly.

REMEDY SOUGHT:

1) This grievance be referred to the Office of the Inspector General for possible criminal charges against inmate C. Robinson for stabbing me. (i.e., Agg. Batt. On A Inmate)

2) This informal grievance be Approved.

3) I be permitted to speak to an Inspector General about this matter.

4) A Special Review between inmate C. Robinson and I.

Respectfully,

*Joseph J. "Joey" Luzier III*

Joseph J. "Joey" Luzier III
DC# E24178
Date: 8/1/24

**INMATE REQUEST**

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

Mail Number:
Team Number:
Institution:

'02 Master file

| TO: (Check One) | ☐ Warden | ☑ Classification | ☐ Medical | ☐ Dental |
|---|---|---|---|---|
| | ☐ Asst. Warden | ☐ Security | ☐ Mental Health | ☐ Other |

| FROM: | Inmate Name Joseph J. Luzier III | DC Number E24178 | Quarters 01-1265 | Job Assignment PM | Date 10-31-22 |
|---|---|---|---|---|---|

**REQUEST**  Check here if this is an informal grievance ☑

Per P&P 601.216(2)(e) Security Concerns (yeses) I Am on P.M., while on P.M. I have been tracked by, And stabbed by Gang Members At A.C.I. East Unit on Feb 2 2022 (Documented). A Knife was planted on me at W.C.I. 2nd Assaulted by Mike Hicks (Documented), along with being Sexually Assaulted on Aug 25 2020 at Tomoka CI. While pending protective Mgmt Review. (Documented) ⑤

I AM BEING TRACKED by these Gang members using the Public Internet. ⑥

IT is An OBVIOUS Liability to FDOC, Duty to protect, to Allow the public to track my Location And show my Picture/Charges. Under P&P 601.216(2)(e) for these just/Red reasons, I can be removed From the Public View.

Single Issue: FDOC HAS A DUTY to Protect my Safety. FDOC Is 100% liable for injury or harm if FDOC Continues to permit Me to be Tracked at the Public Website.

Remedy: Per Policy & Procedure 601.216(2)(e) Remove my info from the Public Website

All requests will be handled in one of the following ways: 1) Written Information or  2) Personal Interview. All informal grievances will be responded to in writing.

| Inmate (Signature): | DC#: E24178 |
|---|---|

DO NOT WRITE BELOW THIS LINE     ~~RECEIVED BY~~

**RESPONSE**  257.2211.0009

DATE RECEIVED: NOV 01 2022

Received, reviewed & evaluated: Your informal grievance COLUMBIA CI "issues" cannot be addressed or handled at the Institutional level Therefore, it is being returned. So You can properly file Your request or informal grievance to the proper authority in the Bureau of Classification Management, 501 South Calhoun Street, Tallahassee, Fl 32399-2500 in regards to your request to be removed from FDC Website.

Reference for return: Chapter 33-103.014(1)(a)

This grievance addresses more than one issue or complaint.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is **Returned** (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Print Name): V Collins SCU | Official (Signature): | Date: 11 8 22 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

FDC 000263



Florida Department of Corrections
Inmate Grievance

| Home | Formal Grievance | Informal Grievance | Appeal | Administration | Reports |

## Search Formal Grievances

### Search Criteria

**Log Number**

**Disposition**

**Inmate Number**
e24178

**Inmate Name**

**Beginning Incident Date**

**Ending Incident Date**

**Beginning Received Date**
01/01/2022

**Ending Received Date**
02/20/2025

**Beginning Disposition Date**

**Ending Disposition Date**

**Facility**

**Subject**

**Class Code**

☐ Emergency  ☐ Chemical Used?

**MINS Number**

**Comments**

Search    Cancel

### Search Results

| Case Number | Inmate Name | Class Code | Received Date | Due Date | Mailed Date | Disposition Date | Disposition | | |
|---|---|---|---|---|---|---|---|---|---|
| 2201-102-061 | LUZIER, JOSEPH (E24178) | 10C - NEGLIGENCE (COMPLNTS) | 2022-01-11 | 2022-01-31 | 2022-01-20 | 2022-01-19 | Returned | Edit | Details |
| 2201-102-216 | LUZIER, JOSEPH (E24178) | 07H - INADEQUATE TREATMENT (MEDICAL) | 2022-01-31 | 2022-02-20 | 2022-02-08 | 2022-02-08 | Denied | Edit | Details |
| 2202-102-024 | LUZIER, JOSEPH (E24178) | 10C - NEGLIGENCE (COMPLNTS) | 2022-02-07 | 2022-02-27 | 2022-02-09 | 2022-02-09 | Returned | Edit | Details |
| 2202-102-025 | LUZIER, JOSEPH (E24178) | 07H - INADEQUATE TREATMENT (MEDICAL) | 2022-02-07 | 2022-02-27 | 2022-02-09 | 2022-02-08 | Denied | Edit | Details |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2202-102-040 | LUZIER, JOSEPH (E24178) | 10C - NEGLIGENCE (COMPLNTS) | 2022-02-10 | 2022-03-02 | 2022-02-22 | 2022-02-21 | Denied | Edit | Details |
| 2202-102-063 | LUZIER, JOSEPH (E24178) | 07G - MEDICATION ISSUES (MEDICAL) | 2022-02-14 | 2022-03-06 | 2022-02-28 | 2022-02-28 | Denied | Edit | Details |
| 2202-102-064 | LUZIER, JOSEPH (E24178) | 08N - LEGAL MAIL (LEGAL) | 2022-02-14 | 2022-03-06 | 2022-02-22 | 2022-02-21 | Returned | Edit | Details |
| 2202-102-065 | LUZIER, JOSEPH (E24178) | 02A - PROTECTIVE MGT (PGM ASGN) | 2022-02-14 | 2022-03-06 | 2022-02-22 | 2022-02-21 | Returned | Edit | Details |
| 2202-102-066 | LUZIER, JOSEPH (E24178) | 13H - MORE THAN ONE ISSUE (MISC) | 2022-02-14 | 2022-03-06 | 2022-02-22 | 2022-02-21 | Returned | Edit | Details |
| 2202-102-113 | LUZIER, JOSEPH (E24178) | 31G - MEDICAL | 2022-02-21 | 2022-03-13 | 2022-02-28 | 2022-02-28 | Returned | Edit | Details |
| 2202-102-114 | LUZIER, JOSEPH (E24178) | 07H - INADEQUATE TREATMENT (MEDICAL) | 2022-02-21 | 2022-03-13 | 2022-02-28 | 2022-02-28 | Returned | Edit | Details |
| 2203-102-023 | LUZIER, JOSEPH (E24178) | 07A - GENERAL MEDICAL (MEDICAL) | 2022-03-04 | 2022-03-24 | 2022-03-14 | 2022-03-14 | Denied | Edit | Details |
| 2203-102-068 | LUZIER, JOSEPH (E24178) | 07H - INADEQUATE TREATMENT (MEDICAL) | 2022-03-10 | 2022-03-30 | 2022-03-10 | 2022-03-10 | Returned | Edit | Details |
| 2203-102-097 | LUZIER, JOSEPH (E24178) | 10G - IMPROPER CONDUCT (COMPLNTS) | 2022-03-14 | 2022-04-03 | 2022-03-15 | 2022-03-15 | Returned | Edit | Details |
| 2203-102-117 | LUZIER, JOSEPH (E24178) | 02A - PROTECTIVE MGT (PGM ASGN) | 2022-03-17 | 2022-04-06 | 2022-03-22 | 2022-03-21 | Denied | Edit | Details |
| 2204-118-165 | LUZIER, JOSEPH (E24178) | 07V - TRANSGENDER/GENDER DYSPHORIA | 2022-04-18 | 2022-05-08 | 2022-05-05 | 2022-05-05 | Denied | Edit | Details |
| 2208-118-186 | LUZIER, JOSEPH (E24178) | 05A - VIOLATION(S) OF 33-601(DISCPLN) | 2022-08-18 | 2022-09-07 | 2022-09-06 | 2022-09-02 | Denied | Edit | Details |
| 2208-118-208 | LUZIER, JOSEPH (E24178) | 09F - GENERAL POLICY (GRV PROC) | 2022-08-22 | 2022-09-11 | 2022-08-25 | 2022-08-24 | Returned | Edit | Details |
| 2209-118-099 | LUZIER, JOSEPH (E24178) | 06H - GENERAL POLICIES (INST OPER) | 2022-09-15 | 2022-10-05 | 2022-09-19 | 2022-09-16 | Denied | Edit | Details |
| 2209-118-100 | LUZIER, JOSEPH (E24178) | 11B - CONFISCATION (PERS PROP) | 2022-09-15 | 2022-10-05 | 2022-09-22 | 2022-09-21 | Denied | Edit | Details |

1 **2** **3** **4**

**69 Records Found**

CONFIDENTIALITY NOTICE: The information in this application is for the sole use of the authorized user of this application, and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited, and may violate state and federal law.



Florida Department of Corrections
Inmate Grievance

| Home | Formal Grievance | Informal Grievance | Appeal | Administration | Reports |

## Search Formal Grievances

### Search Criteria

**Log Number**

**Disposition**

**Inmate Number**
e24178

**Inmate Name**

**Beginning Incident Date**

**Ending Incident Date**

**Beginning Received Date**
01/01/2022

**Ending Received Date**
02/20/2025

**Beginning Disposition Date**

**Ending Disposition Date**

**Facility**

**Subject**

**Class Code**

☐ Emergency ☐ Chemical Used?

**MINS Number**

**Comments**

[ Search ]  [ Cancel ]

### Search Results

| Case Number | Inmate Name | Class Code | Received Date | Due Date | Mailed Date | Disposition Date | Disposition | | |
|---|---|---|---|---|---|---|---|---|---|
| 2209-118-248 | LUZIER, JOSEPH (E24178) | 06E - SECURITY MATTERS (INST OPER) | 2022-09-30 | 2022-10-20 | 2022-09-30 | 2022-09-30 | Denied | Edit | Details |
| 2209-118-254 | LUZIER, JOSEPH (E24178) | 10B - THREATS BY STAFF (COMPLNTS) | 2022-09-30 | 2022-10-20 | 2022-09-30 | 2022-09-30 | Approved | Edit | Details |
| 2210-118-004 | LUZIER, JOSEPH (E24178) | 09F - GENERAL POLICY (GRV PROC) | 2022-10-03 | 2022-10-23 | 2022-10-06 | 2022-10-05 | Returned | Edit | Details |
| 2210-118-021 | LUZIER, JOSEPH (E24178) | 07J - (HIPAA) Health Insurance Portability & Accountability Act | 2022-10-04 | 2022-10-24 | 2022-10-18 | 2022-10-17 | Denied | Edit | Details |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2210-118-041 | LUZIER, JOSEPH (E24178) | 10B - THREATS BY STAFF (COMPLNTS) | 2022-10-05 | 2022-10-25 | 2022-10-07 | 2022-10-07 | Approved | Edit | Details |
| 2211-251-066 | LUZIER, JOSEPH (E24178) | 06H - GENERAL POLICIES (INST OPER) | 2022-11-10 | 2022-11-30 | 2022-11-10 | 2022-11-10 | Returned | Edit | Details |
| 2301-251-190 | LUZIER, JOSEPH (E24178) | 05A - VIOLATION(S) OF 33-601(DISCPLN) | 2023-01-30 | 2023-02-19 | 2023-02-03 | 2023-02-03 | Denied | Edit | Details |
| 2302-251-130 | LUZIER, JOSEPH (E24178) | 07A - GENERAL MEDICAL (MEDICAL) | 2023-02-22 | 2023-03-14 | 2023-03-10 | 2023-03-08 | Approved | Edit | Details |
| 2302-251-150 | LUZIER, JOSEPH (E24178) | 07A - GENERAL MEDICAL (MEDICAL) | 2023-02-24 | 2023-03-16 | 2023-03-10 | 2023-03-08 | Denied | Edit | Details |
| 2304-281-020 | LUZIER, JOSEPH (E24178) | 07H - INADEQUATE TREATMENT (MEDICAL) | 2023-04-17 | 2023-05-07 | 2023-05-04 | 2023-05-02 | Returned | Edit | Details |
| 2304-281-022 | LUZIER, JOSEPH (E24178) | 06X - PREA/TRANSGENDER | 2023-04-17 | 2023-05-07 | 2023-04-21 | 2023-04-21 | Returned | Edit | Details |
| 2305-215-150 | LUZIER, JOSEPH (E24178) | 10P - SEXUAL HARASSMENT (STAFF ON INMATE) | 2023-05-31 | 2023-06-20 | 2023-06-06 | 2023-06-06 | Approved | Edit | Details |
| 2305-215-151 | LUZIER, JOSEPH (E24178) | 07H - INADEQUATE TREATMENT (MEDICAL) | 2023-05-31 | 2023-06-20 | 2023-06-19 | 2023-06-16 | Denied | Edit | Details |
| 2312-215-033 | LUZIER, JOSEPH (E24178) | 30E - GENERAL KIOSK/TABLET ISSUES | 2023-12-12 | 2024-01-01 | 2023-12-20 | 2023-12-19 | Denied | Edit | Details |
| 2405-215-009 | LUZIER, JOSEPH (E24178) | 05E - REPORTING PROCEDURES (DISCPLN) | 2024-05-01 | 2024-05-21 | 2024-05-20 | 2024-05-20 | Denied | Edit | Details |
| 2405-215-011 | LUZIER, JOSEPH (E24178) | 10G - IMPROPER CONDUCT (COMPLNTS) | 2024-05-02 | 2024-05-22 | 2024-05-14 | 2024-05-14 | Returned | Edit | Details |
| 2405-215-019 | LUZIER, JOSEPH (E24178) | 05E - REPORTING PROCEDURES (DISCPLN) | 2024-05-03 | 2024-05-23 | 2024-05-22 | 2024-05-20 | Denied | Edit | Details |
| 2405-215-028 | LUZIER, JOSEPH (E24178) | 10G - IMPROPER CONDUCT (COMPLNTS) | 2024-05-07 | 2024-05-27 | 2024-05-14 | 2024-05-14 | Returned | Edit | Details |
| 2405-215-035 | LUZIER, JOSEPH (E24178) | 05E - REPORTING PROCEDURES (DISCPLN) | 2024-05-09 | 2024-05-29 | 2024-05-24 | 2024-05-24 | Denied | Edit | Details |
| 2405-215-054 | LUZIER, JOSEPH (E24178) | 08N - LEGAL MAIL (LEGAL) | 2024-05-13 | 2024-06-02 | 2024-05-14 | 2024-05-14 | Returned | Edit | Details |

1 2 3 4

**69 Records Found**

CONFIDENTIALITY NOTICE: The information in this application is for the sole use of the authorized user of this application, and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited, and may violate state and federal law.



Florida Department of Corrections
Inmate Grievance

| Home | Formal Grievance | Informal Grievance | Appeal | Administration | Reports |

## Search Formal Grievances

### Search Criteria

**Log Number**

**Disposition**

**Inmate Number**
e24178

**Inmate Name**

**Beginning Incident Date**

**Ending Incident Date**

**Beginning Received Date**
01/01/2022

**Ending Received Date**
02/20/2025

**Beginning Disposition Date**

**Ending Disposition Date**

**Facility**

**Subject**

**Class Code**

☐ Emergency  ☐ Chemical Used?

**MINS Number**

**Comments**

Search    Cancel

### Search Results

| Case Number | Inmate Name | Class Code | Received Date | Due Date | Mailed Date | Disposition Date | Disposition | | |
|---|---|---|---|---|---|---|---|---|---|
| 2405-215-101 | LUZIER, JOSEPH (E24178) | 10G - IMPROPER CONDUCT (COMPLNTS) | 2024-05-29 | 2024-06-18 | 2024-06-12 | 2024-06-11 | Returned | Edit | Details |
| 2405-215-105 | LUZIER, JOSEPH (E24178) | 10G - IMPROPER CONDUCT (COMPLNTS) | 2024-05-29 | 2024-06-18 | 2024-06-11 | 2024-06-10 | Returned | Edit | Details |
| 2405-215-106 | LUZIER, JOSEPH (E24178) | 10E - GENERAL HARASSMENT (COMPLNTS) | 2024-05-29 | 2024-06-18 | 2024-06-11 | 2024-06-10 | Returned | Edit | Details |
| 2406-215-050 | LUZIER, JOSEPH (E24178) | 30E - GENERAL KIOSK/TABLET ISSUES | 2024-06-11 | 2024-07-01 | 2024-06-24 | 2024-06-24 | Returned | Edit | Details |

| 2406-215-071 | LUZIER, JOSEPH (E24178) | 10E - GENERAL HARASSMENT (COMPLNTS) | 2024-06-14 | 2024-07-04 | 2024-06-27 | 2024-06-27 | Returned | Edit | Details |
|---|---|---|---|---|---|---|---|---|---|
| 2406-215-082 | LUZIER, JOSEPH (E24178) | 30E - GENERAL KIOSK/TABLET ISSUES | 2024-06-17 | 2024-07-07 | 2024-06-27 | 2024-06-27 | Denied | Edit | Details |
| 2406-215-107 | LUZIER, JOSEPH (E24178) | 06I - FACILITY CONDITIONS(INST OPER) | 2024-06-18 | 2024-07-08 | 2024-06-24 | 2024-06-24 | Returned | Edit | Details |
| 2406-215-108 | LUZIER, JOSEPH (E24178) | 30E - GENERAL KIOSK/TABLET ISSUES | 2024-06-18 | 2024-07-08 | 2024-06-24 | 2024-06-24 | Denied | Edit | Details |
| 2406-215-152 | LUZIER, JOSEPH (E24178) | 02C - CLOSE MANAGEMENT (PGM ASGN) | 2024-06-25 | 2024-07-15 | 2024-07-02 | 2024-06-28 | Denied | Edit | Details |
| 2406-215-153 | LUZIER, JOSEPH (E24178) | 02C - CLOSE MANAGEMENT (PGM ASGN) | 2024-06-25 | 2024-07-15 | 2024-07-10 | 2024-06-28 | Returned | Edit | Details |
| 2406-215-175 | LUZIER, JOSEPH (E24178) | 10G - IMPROPER CONDUCT (COMPLNTS) | 2024-06-27 | 2024-07-17 | 2024-06-27 | 2024-06-27 | Returned | Edit | Details |
| 2406-215-178 | LUZIER, JOSEPH (E24178) | 06A - ACCESS TO LAW LIBRARY (INST OPER) | 2024-06-27 | 2024-07-17 | 2024-07-12 | 2024-07-10 | Approved | Edit | Details |
| 2408-215-012 | LUZIER, JOSEPH (E24178) | 05B - POOR INVESTIGATION (DISCPLN) | 2024-08-02 | 2024-08-22 | 2024-08-02 | 2024-08-02 | Returned | Edit | Details |
| 2408-215-013 | LUZIER, JOSEPH (E24178) | 05B - POOR INVESTIGATION (DISCPLN) | 2024-08-02 | 2024-08-22 | 2024-08-02 | 2024-08-02 | Returned | Edit | Details |
| 2408-215-022 | LUZIER, JOSEPH (E24178) | 02A - PROTECTIVE MGT (PGM ASGN) | 2024-08-06 | 2024-08-26 | 2024-08-08 | 2024-08-06 | Returned | Edit | Details |
| 2408-215-023 | LUZIER, JOSEPH (E24178) | 02A - PROTECTIVE MGT (PGM ASGN) | 2024-08-06 | 2024-08-26 | 2024-08-08 | 2024-08-06 | Returned | Edit | Details |
| 2408-215-024 | LUZIER, JOSEPH (E24178) | 02A - PROTECTIVE MGT (PGM ASGN) | 2024-08-06 | 2024-08-26 | 2024-08-08 | 2024-08-06 | Returned | Edit | Details |
| 2408-215-025 | LUZIER, JOSEPH (E24178) | 02A - PROTECTIVE MGT (PGM ASGN) | 2024-08-06 | 2024-08-26 | 2024-08-08 | 2024-08-06 | Returned | Edit | Details |
| 2408-215-058 | LUZIER, JOSEPH (E24178) | 06I - FACILITY CONDITIONS(INST OPER) | 2024-08-08 | 2024-08-28 | 2024-08-14 | 2024-08-14 | Denied | Edit | Details |
| 2408-215-066 | LUZIER, JOSEPH (E24178) | 05E - REPORTING PROCEDURES (DISCPLN) | 2024-08-09 | 2024-08-29 | 2024-08-15 | 2024-08-15 | Returned | Edit | Details |

1 2 3 4

**69 Records Found**

CONFIDENTIALITY NOTICE: The information in this application is for the sole use of the authorized user of this application, and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited, and may violate state and federal law.



Florida Department of Corrections
Inmate Grievance

| Home | Formal Grievance | Informal Grievance | Appeal | Administration | Reports |

## Search Formal Grievances

### Search Criteria

**Log Number**

**Disposition**

**Inmate Number**
e24178

**Inmate Name**

**Beginning Incident Date**

**Ending Incident Date**

**Beginning Received Date**
01/01/2022

**Ending Received Date**
02/20/2025

**Beginning Disposition Date**

**Ending Disposition Date**

**Facility**

**Subject**

**Class Code**

☐ Emergency  ☐ Chemical Used?

**MINS Number**

**Comments**

[ Search ]  [ Cancel ]

### Search Results

| Case Number | Inmate Name | Class Code | Received Date | Due Date | Mailed Date | Disposition Date | Disposition | | |
|---|---|---|---|---|---|---|---|---|---|
| 2408-215-168 | LUZIER, JOSEPH (E24178) | 05B - POOR INVESTIGATION (DISCPLN) | 2024-08-22 | 2024-09-11 | 2024-08-23 | 2024-08-23 | Returned | Edit | Details |
| 2408-215-188 | LUZIER, JOSEPH (E24178) | 06H - GENERAL POLICIES (INST OPER) | 2024-08-26 | 2024-09-15 | 2024-08-29 | 2024-08-27 | Denied | Edit | Details |
| 2408-215-189 | LUZIER, JOSEPH (E24178) | 06I - FACILITY CONDITIONS(INST OPER) | 2024-08-26 | 2024-09-15 | 2024-08-29 | 2024-08-27 | Denied | Edit | Details |
| 2408-215-190 | LUZIER, JOSEPH (E24178) | 30E - GENERAL KIOSK/TABLET ISSUES | 2024-08-26 | 2024-09-15 | 2024-11-01 | 2024-08-28 | Returned | Edit | Details |

| 2408-215-220 | LUZIER, JOSEPH (E24178) | 04A - LIVING CONDITIONS (CONFIN) | 2024-08-30 | 2024-09-19 | 2024-09-06 | 2024-09-05 | Denied | Edit | Details |
| 2408-215-221 | LUZIER, JOSEPH (E24178) | 04A - LIVING CONDITIONS (CONFIN) | 2024-08-30 | 2024-09-19 | 2024-09-06 | 2024-09-05 | Denied | Edit | Details |
| 2411-215-033 | LUZIER, JOSEPH (E24178) | 10G - IMPROPER CONDUCT (COMPLNTS) | 2024-11-05 | 2024-11-25 | 2024-11-14 | 2024-11-12 | Returned | Edit | Details |
| 2411-510-084 | LUZIER, JOSEPH (E24178) | 06W - TRANSGENDER ISSUES (NON-MEDICAL) | 2024-11-12 | 2024-12-02 | 2024-11-20 | 2024-11-20 | Denied | Edit | Details |
| 2411-510-179 | LUZIER, JOSEPH (E24178) | 10L - IMPROPER CONDUCT (SEXUAL) | 2024-11-26 | 2024-12-16 | 2024-12-16 | 2024-12-16 | Approved | Edit | Details |

1 2 3 4

**69 Records Found**

CONFIDENTIALITY NOTICE: The information in this application is for the sole use of the authorized user of this application, and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited, and may violate state and federal law.

FLORIDA DEPARTMENT OF CORRECTION

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☒ Warden   ☐ Assistant Warden   ☐ Secretary, Florida Department of Corrections

**2202.102.024**

From or IF Alleging Sexual Abuse, on the behalf of:

| Lucier | Joseph | J | E24178 | Apalachee E/U |
|--------|--------|---|--------|---------------|
| Last | First | Middle Initial | DC Number | Institution |

### Part A – Inmate Grievance

This formal grievance of emergency nature stems from me being stabbed 3X on February 2nd 2022 due to the lack of supervision by security, which is a result of the lack of staffing at Apalachee Correctional Institution. Had Apalachee Correctional Institution been properly staffed, a lot of things would not go on at this institution that goes on (i.e. inmates getting stabbed, staff being assaulted, etc.) Since my arrival at A.C.I East Unit on January 4th 2022, including me being stabbed, there to my knowledge has been 4 stabbings that have been reported and I personally know of 1 that was not reported by the person who was stabbed. This shows that the understaffing at A.C.I East Unit is a serious safety issue for both inmates and staff. As remedy to this emergency grievance that stems from me being stabbed, I seek the following relief:

1) I be interviewed by Inspector General to press outside Attempted Murder charges against the inmate who stabbed me.

2) I be transferred to a Protective Management Unit.

3) I be seen by mental health.

4) This grievance be Approved.

FORMAL
FEB 07 2022

| 2-4-22 | | |
|--------|---|---|
| DATE | Apalachee C.I. Warden's office | SIGNATURE OF GRIEVANT AND D.C. #  E24178 |

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:

**10C**

# _____   Signature _____

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**INSTRUCTIONS**

Receipt for Appeals Being Forwarded to Central Office

Submitted by the Inmate on: _____   Institutional Mailing Log #: _____
                              (Date)

                                                                        (Received By)

DISTRIBUTION:   INSTITUTION/FACILITY          CENTRAL OFFICE
                INMATE (2 Copies)             INMATE
                INMATE'S FILE                 INMATE'S FILE - INSTITUTION/FACILITY
                INSTITUTIONAL GRIEVANCE FILE  CENTRAL OFFICE INMATE FILE
                                              CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)            Incorporated by Reference in Rule 33-103.006, F.A.C.

**PART B - RESPONSE**

| LUZIER, JOSEPH | E24178 | 2202-102-024 | APALACHEE EAST UNIT | Y2117L |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your Request for Administrative Remedy or Appeal has been reviewed, evaluated and responded to as follows:   This grievance is not accepted as a grievance of an emergency nature.   Your grievance is in non-compliance with the Rules of the Department of Corrections, Chapter 33-103 Inmate Grievance Procedure.

NOT AN EMERGENCY GRIEVANCE - you will need to re-file your complaint not labeled as an emergency.

Grievance Returned Without Processing

If you wish, you may correct the deficiency and return within the proper time frames.

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 2/9/2022 DATE |

RECEIVED
FEB 10 2022
Apalachee C.I.
Classification Dept.

**FLORIDA DEPARTMENT OF CORRECTIONS**
REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☒ Warden    ☐ Assistant Warden    ☐ Secretary, Florida Department of Corrections

**2202.102.040**

From or IF Alleging Sexual Abuse, on the behalf of:

Luzier    Joseph    J.    E24178    Apalachee C.I. E/U
Last     First     Middle Initial        DC Number        Institution

**Part A – Inmate Grievance**

This formal grievance is being filed due to me being stabbed on February 2nd, 2022 due to the lack of supervision by security which is a result of the severe shortage of staff and lack of proper security measures (i.e. metal detectors and proper video surveillance) here at Apalachee Correctional Institution. If Apalachee Correctional Institution was properly staffed and proper safety and security measures were implimented and enforced to detect inmates that may be carrying weapons on them, I and several other inmates may not have been stabbed. It was brought to my attention by administration that the area of the compound where I was stabbed is a "blind spot" to video surveillance and was not captured on video. This incident has left me with permanent facial scarring and facial disfiguration in that it has defected my smile and caused me to have a jaw fracture. It also has caused me to suffer severe emotional trauma and post-traumatic stress and has me terrified to return to any general population compound, as I am in fear of my life and safety.

As for the remedy to this grievance, I seek the following relief:
1) I be permitted to file criminal attempted murder charges against the inmate who stabbed me;
2) I be transferred to a Protective Management Unit;
3) I be evaluated by Mental Health to determine if TCU would be proper to deal with mental trauma and post-traumatic stress symptoms due to being stabbed;
4) FDC be responsible for any/all costs associated with medical and dental treatment necessary that is required due to me being stabbed;
5) Fixed video surveillance be installed to cover the area between M-Dorm and the side entrance of medical where I was stabbed.
6) Stationary metal detectors be installed and utilized daily in the high traffic areas

2/9/2022    FORMAL        E24178
DATE        FEB 10 2022    SIGNATURE OF GRIEVANT AND D.C. #

**BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:

10C    # 1    Signature

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

**INSTRUCTIONS**

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate ...

**PART B - RESPONSE**

| LUZIER, JOSEPH | E24178 | 2202-102-040 | APALACHEE EAST UNIT | Y2147L |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your Request for Administrative Remedy or Appeal has been reviewed, evaluated and responded to as follows: The incident you are referring to has been appropriately reported to the Office of Inspector General. The cameras that are in place have been approved for placement by the Department of Justice. You will have a hearing with the ICT regarding your protection needs. You may utilize the sick call process to speak with a counselor. You do not have the right to request where cameras are placed at ACI.

Grievance Denied

Should you feel your grievance has not been satisfactorily resolved at the institutional level, you may submit an appeal to the Office of the Secretary, Bureau of Inmate Grievances, 501 South Calhoun St., Tallahassee, Florida 32399-2500 within 15 calendar days of this institutional response using the Request for Administrative Remedy or Appeal Form.

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 2/21/2022 DATE |



**FLORIDA DEPARTMENT OF CORRECTIONS**

**ST FOR ADMINISTRATIVE REMEDY OR APPeal**

☐ Third Party Grievance Alleging Sexual Abuse

**2202.102.065**

TO: ☑ Warden    ☐ Assistant Warden    ☐ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

Luzier      Joseph      J
**Last**      **First**      **Middle Initial**

E24178
**DC Number**

Apalachee C.I. E/U
**Institution**

### Part A – Inmate Grievance

I am filing this grievance pursuant to ch. 33-602.220(3)(c), F.A.C. which states in part, "The protective management process including the ICT's action, SHALL be completed within 15 working days from the initial confinement of the inmate." As of the writing of this grievance, I have been in confinement for nine (9) working days and still have not been interviewed by a Protective Management Investigator and have not been seen by the ICT Team. The word "SHALL" is mandatory wording in legal terms and ch. 33, F.A.C. are legal policies and procedures put in place to be followed.

As remedy to this grievance, I seek the following relief:

1) I be interviewed by the P.M. investigation officer;
2) I be seen by ICT's;
3) I be sent to a Protective Management Unit;
4) I be free from retaliation that may stem from filing this grievance;
5) This grievance be APPROVED.

FORMAL

FEB 14 2022

2-14-2022
**DATE**

Apalachee C.I. Warden's office

E24178
**SIGNATURE OF GRIEVANT AND D.C. #**

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 90-DAY EXTENSIONS:

2a

#      Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the Inmate on: _____    Institutional Mailing Log #: _____
                                    (Date)                                                    (Received By)

DISTRIBUTION:    **INSTITUTION/FACILITY**        **CENTRAL OFFICE**
                        INMATE (2 Copies)              INMATE
                        INMATE'S FILE                  INMATE'S FILE - INSTITUTION/FACILITY
                        INSTITUTIONAL GRIEVANCE FILE   CENTRAL OFFICE INMATE FILE
                                                       CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)                Incorporated by Reference in Rule 33-103.006, F.A.C.

**PART B - RESPONSE**

| LUZIER, JOSEPH | E24178 | 2202-102-065 | APALACHEE EAST UNIT | Y2117L |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your Request for Administrative Remedy or Appeal has been reviewed, evaluated and responded to as follows:   Your formal grievance is being returned to you for non-compliance per Chapter 33-103.014 (1) (f) as you did not provide a valid reason for bypassing the previous levels of review as required or the reason provided is not acceptable.

A grievance regarding this matter must be initiated at the informal grievance level before appealing to the formal grievance level and there is no indication that you have done so, at the time this formal grievance was received.

Grievance Returned Without Processing

If you wish, you may correct the deficiency and return within the proper time frames.

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 2/21/2022 DATE |

RECEIVED
FEB 22 2022
Apalachee C.I.
Classification Dept.

**FLORIDA DEPARTMENT OF CORRECTIONS**
**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

R E C E I V E D
AUG 2 2 2024
OFFICE OF ASSISTANT WARDEN

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☑ Warden      ☐ Assistant Warden      ☐ Secretary, Florida Department of Corrections
From or **IF Alleging Sexual Abuse, on behalf of:**

| Luzier | Joseph | J "Joey" | E24178 | Hamilton M/u |
|--------|--------|----------|--------|--------------|
| Last | First | Middle Initial | DC Number | Institution |

M.u.-GC-2408-215-168

### Part A – Inmate Grievance

This is an appeal to informal grievance log #215-2408-0045, which is attached for review.

As stated in informal grievance log #215-2408-0045, due to cruel and unusual punishment, negligence and deliberate indifference, I was brutally stabbed 4X on February 2nd, 2022 at Apalachee C.I. - East Unit, by inmate C. Robinson, in a area known by officials to be a blind spot to all video surveillance and a very notorious spot for inmates being stabbed. The area was in between the medical building and M-Dorm on the only walkway from the chow hall back to R-Dorm where I was housed. Due to inadequate staffing, no metal detectors on the compound used to find inmates with knives or shanks, and failure to properly supervise inmates, I was stabbed 4X, almost killing me and leaving me permanently disfigured due to where I was stabbed causing me not to be able to smile correctly.

REMEDY SOUGHT:

1) This grievance be referred to Inspector General for criminal charges on C. Robinson for stabbing me.
2) A special review between me & C. Robinson.
3) I be permitted to speak to a Inspector General
4) This be Approved.

| 8/20/24 | _E24178_ |
|---------|----------|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

_#_ _Signature_

---

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____    Institutional Mailing Log #:_____    _____
                                    (Date)                                                              (Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE | |
|---------------|----------------------|----------------|---|
| | INMATE (2 Copies) | INMATE | |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY | 5b |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE | |
| | | CENTRAL OFFICE GRIEVANCE FILE | |

DC1-303 (Effective 11/13)                    Incorporated by Reference in Rule 33-103.006, F.A.C.

FDC 000312

**INMATE REQUEST**(43)

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

Mail Number: _____
Team Number: _____
Institution: _____

| TO: (Check One) | ☑ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☐ Other |
|---|---|---|---|---|

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Joseph J. "Joey" Luzier III | E24178 | H1-120L | cm2 | 8/1/24 |

**REQUEST**                                    Check here if this is an informal grievance ☑

This informal grievance is being submitted because on 2/2/22 while in the Florida Dept. of Corrections housed at Apalachee Corr. Inst.-East Unit under the supervision of Warden Maddox, Asst. Warden Brown, Major Jenkins, Sgt. Runyon and all FDC officials assigned to work at ACI-East Unit on 2/2/22 between 10am and 5 pm, I was stabbed 4X by inmate C. Robinson as I was walking from the chow hall back to R-Dorm. The stabbing occurred on the only walkway that goes from the chow hall to R-Dorm, in between the medical building and M-Dorm where FDC officials had knowledge was a "blind spot" to video surveillance and is notorious for multiple stabbings, yet failed to do anything about it.

ARGUMENT:

As FDC officials, "acting under color of state law" the Eighth Amendment prohibits cruel and unusual punishment and officials had a lawful duty to "take reasonable

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

| Inmate (Signature): | *Joseph J. "Joey" Luzier* | DC#: E24178 |
|---|---|---|

**DO NOT WRITE BELOW THIS LINE**

AX-GC   215-2408-0045

**RESPONSE**

DATE RECEIVED    AUG 06 2024

OFFICE OF ASSISTANT WARDEN

Your informal grievance has been filed in non-compliance with Chapter 33-103.014 (1)(u), Inmate Grievance Procedure, which states the following reason for return, the inmate has filed an informal grievance in excess to 20 days from the time the event being grieved occured. Based on the foregoing information your grievance is being returned without action

If the following pertains to informal grievances only:

Based on the above information, your grievance is Returned (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Print Name): Kmeghin Franklin | Official (Signature): *Kmeghin Franklin* | Date: 8/6/24 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within ~~10~~15 days, following receipt by staff.

You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective ~~12/14~~)

5b

Incorporated by Reference in Rule 33-103.005, F.A.C.

**PART B - RESPONSE**

| LUZIER, JOSEPH | E24178 | 2408-215-168 | HAMILTON C.I. | Y2101L |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative remedy has been received, reviewed, and evaluated.

Your request for administrative remedy is in non-compliance with Chapter 33-103.014(1)(e), Inmate Grievance Procedure, which states the following reason for return, the formal grievance was not received within 15 calendar days of the date on which the incident or action being complained about occurred.

Based on the foregoing information, your grievance is being returned without action.

K. Franklin, Grievance Coordinator

P. Allen, Warden

| | | 23 Aug 24 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

mailed
8/23/24

**RECEIVED**

SEP 2 6 2024

Hamilton CI
Main Unit Classification Dept

FDC 000311