IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOSEPH (JOEY) LUZIER, III,

    Plaintiff,

v.                                         Case No. 5:25-cv-37-MW-MJF

SERGEANT JOHN R. RUNYON,
And OFFICER SARAH K. SHIVER,

    Defendants.
_____/

### DECLARATION OF LAWANDA SANDERS-WILLIAMS

    1.    My name is Lawanda Sanders-Williams. I am currently employed as an Operation Analyst I by the Florida Department of Corrections ("FDC"), Bureau of Policy Management and Inmate Appeals in Tallahassee, Florida. I am the custodian of records for grievance appeals.

    2.    At the request of the Florida Office of the Attorney General, I have reviewed the available grievance appeal records kept in FDC's Central Office for Inmate Joseph Luzier, III, for grievance appeals received by the Bureaus of Policy Management and Inmate Appeals between January 1, 2022, and February 20, 2025, in relation to Inmate Luzier's failure to protect claim.

    3.    During that tim period, the bureau received three submissions related to the incident occurring on February 2, 2022: appeal numbers 22-6-04652, 22-6-05982, and 24-6-27477.

    4.    In appeal 22-6-04652, Inmate Luzier grieved the policy and procedure of the JPAY tablets and kiosks. He mentions that he was stabbed on February 2, 2022, due to a "lack of security regarding the tablets provided by Securus/JPAY." Appeal 22-6-04652 was returned without action as it grieved more than one issue.

**Exhibit B**

5. In appeal 22-6-05982, Inmate Luzier grieved the response received for formal grievance log #2202-102-040 which raised the issue that severe shortage of staff at the institution and lack of proper security measures is the cause of the February 2, 2022, incident. Appeal 22-6-05982 was denied because the response at the institutional level appropriately addresses the concerns.

6. In appeal 24-6-27477, Inmate Luzier grieved the response received for formal grievance log 2408-215-168 which claims the severe shortage of staff at the institution, lack of metal detectors, and camera blind spots are the cause of the February 2, 2022, incident. Appeal 24-6-27477 was returned without action for non-compliance with the Inmate Grievance Procedure because the formal grievance was non-compliant.

7. None of the appeals addressing the February 2, 2022, incident grieve improper denial of placement into protective management.

8. Under penalty of perjury, I declare that the foregoing facts stated are true and correct.


*LaWanda Sanders-Williams*                                   05/01/2025
**LAWANDA SANDERS-WILLIAMS**                     **DATE**
**DECLARANT**



# Bureau of Inmate Grievance Appeals

**Appeals Activity**

**Report Date:** 3/18/2025

# Appeal Log
# 01/01/22-02/01/22

| Case Number | Inmate Name | Class Code | Location | Received Date | Disposition Date | Disposition |
|---|---|---|---|---|---|---|
| | Total Appeals: 0 | | | | | |

| Mailed Date |
|---|
|  |



# Bureau of Inmate Grievance Appeals

## Appeal Log 02/02/22-02/20/25

Appeals Activity

Report Date: 3/18/2025

| Case Number | Inmate Name | Class Code | Location | Received Date | Disposition Date | Disposition |
|---|---|---|---|---|---|---|
| 22-6-04652 | LUZIER, JOSEPH (E24178) | 02A - PROTECTIVE MGT (PGM ASGN) | APALACHEE EAST UNIT | 02/07/2022 | 02/17/2022 | RETURNED |
| 22-6-05982 | LUZIER, JOSEPH (E24178) | 17Q - AGGRAVATED BATTERY | APALACHEE EAST UNIT | 02/23/2022 | 03/03/2022 | DENIED |
| 22-6-07715 | LUZIER, JOSEPH (E24178) | 07H - INADEQUATE TREATMENT (MEDICAL) | APALACHEE EAST UNIT | 03/02/2022 | 03/30/2022 | RETURNED |
| 22-6-07716 | LUZIER, JOSEPH (E24178) | 07H - INADEQUATE TREATMENT | APALACHEE EAST UNIT | 03/02/2022 | 03/30/2022 | DENIED |
| 22-6-07717 | LUZIER, JOSEPH (E24178) | 31G - MEDICAL | APALACHEE EAST UNIT | 03/02/2022 | 03/25/2022 | RETURNED |
| 23-6-13709 | LUZIER, JOSEPH (E24178) | 17B - SEXUAL BATTERY (INMATE) | LANCASTER C.I. | 04/25/2023 | 05/03/2023 | RETURNED |
| 24-6-01079 | LUZIER, JOSEPH (E24178) | 30E - GENERAL KIOSK/TABLET | HAMILTON C.I. | 12/28/2023 | 01/11/2024 | DENIED |
| 24-6-02476 | LUZIER, JOSEPH (E24178) | 10G - IMPROPER CONDUCT | HAMILTON ANNEX | 01/17/2024 | 01/25/2024 | RETURNED |
| 24-6-18654 | LUZIER, JOSEPH (E24178) | 02A - PROTECTIVE MGT (PGM ASGN) | HAMILTON ANNEX | 06/11/2024 | 06/19/2024 | DENIED |
| 24-6-19038 | LUZIER, JOSEPH (E24178) | 10G - IMPROPER CONDUCT | HAMILTON ANNEX | 06/17/2024 | 06/24/2024 | RETURNED |
| 24-6-20411 | LUZIER, JOSEPH (E24178) | 06I - FACILITY CONDITIONS(INST | COLUMBIA ANNEX | 06/24/2024 | 07/08/2024 | RETURNED |
| 24-6-20994 | LUZIER, JOSEPH (E24178) | 30E - GENERAL KIOSK/TABLET | HAMILTON ANNEX | 07/02/2024 | 07/11/2024 | DENIED |
| 24-6-25389 | LUZIER, JOSEPH (E24178) | 02C - CLOSE MANAGEMENT | HAMILTON C.I. | 08/14/2024 | 08/26/2024 | RETURNED |
| 24-6-25404 | LUZIER, JOSEPH (E24178) | 10C - NEGLIGENCE | WAKULLA ANNEX | 08/14/2024 | 08/26/2024 | RETURNED |
| 24-6-25405 | LUZIER, JOSEPH (E24178) | 10C - NEGLIGENCE | WAKULLA ANNEX | 08/14/2024 | 08/26/2024 | RETURNED |
| 24-6-25406 | LUZIER, JOSEPH (E24178) | 10C - NEGLIGENCE | WAKULLA ANNEX | 08/14/2024 | 08/26/2024 | RETURNED |
| 24-6-25407 | LUZIER, JOSEPH (E24178) | 10C - NEGLIGENCE | WAKULLA ANNEX | 08/14/2024 | 08/26/2024 | RETURNED |
| 24-6-25408 | LUZIER, JOSEPH (E24178) | 10C - NEGLIGENCE | WAKULLA ANNEX | 08/14/2024 | 08/26/2024 | RETURNED |
| 24-6-25409 | LUZIER, JOSEPH (E24178) | 10C - NEGLIGENCE | WAKULLA ANNEX | 08/14/2024 | 08/26/2024 | RETURNED |
| 24-6-27186 | LUZIER, JOSEPH (E24178) | 05A - VIOLATION(S) OF 33- | HAMILTON ANNEX | 08/26/2024 | 09/05/2024 | RETURNED |
| 24-6-27477 | LUZIER, JOSEPH (E24178) | 17Q - AGGRAVATED BATTERY | APALACHEE EAST UNIT | 08/30/2024 | | |
| 24-6-27895 | LUZIER, JOSEPH (E24178) | 06H - GENERAL POLICIES (INST | HAMILTON C.I. | 09/04/2024 | 09/11/2024 | DENIED |
| 24-6-27896 | LUZIER, JOSEPH (E24178) | 32A - HVAC (HEATING, VENTILATION AND A/C) PROB | HAMILTON C.I. | 09/04/2024 | 09/11/2024 | DENIED |
| 24-6-28396 | LUZIER, JOSEPH (E24178) | 30A - E-MAIL | HAMILTON C.I. | 09/05/2024 | 09/17/2024 | APPROVED/REFER-W |
| 24-6-35558 | LUZIER, JOSEPH (E24178) | 01F - INAPPROPRIATE FACIL | HAMILTON C.I. | 11/05/2024 | 11/14/2024 | RETURNED |
| 25-6-01831 | LUZIER, JOSEPH (E24178) | 06L - INMATE BANK (INST OPER) | CHARLOTTE C.I. | 01/10/2025 | 01/17/2025 | DENIED |
| 25-6-03283 | LUZIER, JOSEPH (E24178) | 06E - SECURITY MATTERS (INST OPER) | CHARLOTTE C.I. | 01/17/2025 | 01/31/2025 | RETURNED |
| | **Total Appeals:** | **27** | | | | |

| Mailed Date |
|---|
| 02/18/2022 |
| 03/09/2022 |
| 04/01/2022 |
| 04/01/2022 |
| 03/30/2022 |
| 05/10/2023 |
| 01/24/2024 |
| 01/31/2024 |
| 06/21/2024 |
| 07/03/2024 |
| 07/10/2024 |
| 07/24/2024 |
| 09/06/2024 |
| 09/06/2024 |
| 09/06/2024 |
| 09/06/2024 |
| 09/06/2024 |
| 09/06/2024 |
| 09/06/2024 |
| 09/20/2024 |
|  |
| 09/20/2024 |
| 09/20/2024 |
| 09/18/2024 |
| 11/20/2024 |
| 01/29/2025 |
| 02/07/2025 |
|  |

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED FEB 14 2022 Department of Corrections Inmate Grievance Appeals

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☐ Warden   ☐ Assistant Warden   ☒ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

| Luzier | Joseph | J | E24178 | Apalachee C.I. E/U |
|---|---|---|---|---|
| Last | First | Middle Initial | DC Number | Institution |

Part A – Inmate Grievance    22-6-04652

This grievance of a sensitive nature is being submitted to the Secretary regarding the policy and procedures of the JPAY tablets & Kiosks. As it is well known, inmates statewide are capable of "jailbreaking" the JPAY tablets to give them access to apps such as Google, Cash App, Facebook, Instagram and other unauthorized internet access while using unauthorized cell phones to provide "Hot Spots" for WiFi connections which allows inmates to obtain personal information about FDC officials and FDC inmates which is a serious threat to the safety and security of staff and inmates, statewide. For example, due to Florida Vine tracking an inmate everytime they get transferred, it makes it easy for inmates at one institution to put a hit out on another inmate at another institution. Its also easy for inmates to look up FDC officials on Facebook, Google and other websites they are able to access with a "jailbroken" tablet that they would not be able to do if inmates did not have tablets. In fact, this grievant was stabbed 4X on February 2nd, 2022 by gang members and have reason to believe it was done because of a possible "hit" put out for me by gang members at another institution who are tracking me using "Florida Vine" on their "jailbroke" tablets by using unauthorized cell phones that are sold to inmates by corrupt officers employed by the Dept. of Corrections for WiFi connection. This has been an issue that continues to get worse since the implementation of tablets to FDC inmates, and this issue seriously needs to be looked at by the FDC legal team and the Secretary to fix this problem. I almost lost my life due to the lack of security regarding the tablets provided by Securus/JPAY and am currently in contact with my lawyers to prepare legal litigation against FDC and Securus/JPAY regarding this matter.

As remedy to this grievance, based on what has happened to me, I seek the following relief:
1) I be sent to a Protective Management Unit
2) I be permitted to be transferred to a prison in Ohio or Pennsylvania to serve my sentence;
3) I be free of any/all forms of negative retaliation for filing this grievance;

2/7/2022                                          E24178
DATE                                              SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:   0 / [signature]
                                                                          #    Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

FORMAL

②

4) All tablets, statewide, be seized immediately by the Department to eliminate the problem of inmates being capable to have unauthorized internet access and restrict email capabilities solely by giving inmates access to stationary kiosks for emails + video visitation.

5) A "Loaner" MP4 program be implimented for inmates to purchase music and movies being MP4's are not internet accessible.

6) This grievance of a sensitive nature be Approved.

Respectfully,

Joseph J. Luzier III
DC#E24178
Date: 2/7/2022

CC: The Akbar Law Firm
    Southern Poverty Law Center
    Florida Institutional Legal Services
    American Civil Liberties Union (ACLU of Miami)

**MAILED/FILED WITH AGENCY CLERK**
**FEB 18 2022**
**Department of Corrections**
**Bureau of Inmate Grievance Appeals**

## PART B - RESPONSE

| LUZIER, JOSEPH | E24178 | 22-6-04652 | APALACHEE EAST UNIT | Y2126L |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative remedy has been reviewed and evaluated. According to your automated file your request for protective management is currently under review at the institutional level. Upon notification of the State Classification Office's final decision, if your request for protective management is denied you will have the opportunity to appeal that decision directly to the Office of the Secretary within 15 days of the State Classification Office's decision.

Your issue regarding J-Pay tablet, a loaner MP4 program and transferred to a different prison in Ohio or Pennsylvania are separate issue and should be grieved as such, also, being initiated at the appropriate level.

Your request is being returned without action.

Z. Culpepper

_____   Z. Culpepper                2/17/22
SIGNATURE AND TYPED OR PRINTED NAME OF   SIGNATURE OF WARDEN, ASST.         DATE
EMPLOYEE RESPONDING                      WARDEN, OR SECRETARY'S
                                         REPRESENTATIVE

**FLORIDA DEPARTMENT OF CORRECTIONS**
**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED FEB 28 2022
Department of Corrections
Inmate Grievance Appeals

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☐ Warden  ☐ Assistant Warden  ☒ Secretary, Florida Department of Corrections
From or IF Alleging Sexual Abuse, on the behalf of:

Luzier / Joseph / J
Last / First / Middle Initial

DC Number: E24178
Institution: Apalachee C.I. E/U

22-6-05982

**Part A – Inmate Grievance**

This is an appeal to formal grievance log number 2202-102-040. In my initial grievance (see: Exhibit "A"), I raised the issue that due to the severe shortage of staff here at the institution and lack of proper security measures (ie. metal detectors and proper video surveillance), I was stabbed on February 2nd, 2022. In the response (Exhibit "B") Asst. Warden Kent and Warden Maddox fail to address the shortage of staff and lack of proper metal detectors and proper safety and security measures not being enforced being the blame for me being stabbed. Again, this has caused me permanent facial disfigurement, facial scarring which effects the way I smile. Stabbings at this institution are almost a daily occurrance due to the lack of safety and security measures and the lack of proper staffing.

As remedy to this grievance, I seek the following relief:
1) A response directly from Secretary Dixon regarding this matter, not Z. Culpepper;
2) Any/all relief deemed appropriate by Secretary Dixon as to how I should be compensated for the permanent damage caused to me due to the lack of staff and lack of safety and security measures;
3) This matter be addressed and the issues corrected to prevent this from being a continuing issue at Apalachee C.I.;
4) A response to this appeal acknowledging that I was stabbed on February 2nd, 2022 while walking in the designated walk area from the chow hall to R-Dorm which was my assigned dorm (cell R2-207L) on the date I was stabbed;
5) This grievance appeal be approved.

DATE: 2-22-22

SIGNATURE OF GRIEVANT AND D.C. #: E24178

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: 1

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**Receipt for Appeals Being Forwarded to Central Office**       2202-102-040

Submitted by the inmate on: 02/23/22 (Date)    Institutional Mailing Log #: _____

(Received By)

DISTRIBUTION:
INSTITUTION/FACILITY                  CENTRAL OFFICE   1101955    17Q(12)
INMATE (2 Copies)                     INMATE
INMATE'S FILE                         INMATE'S FILE - INSTITUTION/FACILITY
INSTITUTIONAL GRIEVANCE FILE          CENTRAL OFFICE INMATE FILE
                                      CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)                 Incorporated by Reference in Rule 33-103.006, F.A.C.

Exhibit "A"

**FLORIDA DEPARTMENT OF CORRECTIONS**
**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☒ Warden    ☐ Assistant Warden    ☐ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

2202.102.040

Luzier / Joseph / J — Last / First / Middle Initial
DC Number: E24178
Institution: Apalachee C.I. E/U

**Part A – Inmate Grievance**

This formal grievance is being filed due to me being stabbed on February 2nd, 2022 due to the lack of supervision by security which is a result of the severe shortage of staff and lack of proper security measures (i.e. metal detectors and proper video surveillance) here at Apalachee Correctional Institution. If Apalachee Correctional Institution was properly staffed and proper safety and security measures were implemented and enforced to detect inmates that may be carrying weapons on them, I and several other inmates may not have been stabbed. It was brought to my attention by administration that the area of the compound where I was stabbed is a "blind spot" to video surveillance and was not captured on video. This incident has left me with permanent facial scarring and facial disfiguration in that it has defected my smile and caused me to have a jaw fracture. It also has caused me to suffer severe emotional trauma and post-traumatic stress and has me terrified to return to any general population compound, as I am in fear of my life and safety.

As for the remedy to this grievance, I seek the following relief:

1) I be permitted to file criminal attempted murder charges against the inmate who stabbed me;
2) I be transferred to a Protective Management Unit;
3) I be evaluated by Mental Health to determine if TCU would be proper to deal with mental trauma and post-traumatic stress symptoms due to being stabbed;
4) FDC be responsible for any/all costs associated with medical and dental treatment necessary that is required due to me being stabbed;
5) Fixed video surveillance be installed to cover the area between M-Dorm and the side enterance of medical where I was stabbed.
6) Stationary metal detectors be installed and utilized daily in the high traffic areas

DATE: 2/9/2022

FORMAL

FEB 10 2022

SIGNATURE OF GRIEVANT AND D.C. #: E24178

10C

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: # 1 — Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate...

(2)

of the compound (i.e., Q+R walkway, Center Gate, M+N Dorm walkway, O+P Dorm walkway) to ensure safety of both inmates and staff.

7) I be free of any/all forms of negative retaliation for filing this grievance;

8) This grievance be Approved.

Respectfully,

*Joseph J. Luzier*

Joseph J. Luzier III
DC# E24178
Date: February 9th, 2022

## PART B - RESPONSE

| LUZIER, JOSEPH | E24178 | 2202-102-040 | APALACHEE EAST UNIT | Y2147L |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your Request for Administrative Remedy or Appeal has been reviewed, evaluated and responded to as follows: The incident you are referring to has been appropriately reported to the Office of Inspector General. The cameras that are in place have been approved for placement by the Department of Justice. You will have a hearing with the ICT regarding your protection needs. You may utilize the sick call process to speak with a counselor. You do not have the right to request where cameras are placed at ACI.

Grievance Denied

Should you feel your grievance has not been satisfactorily resolved at the institutional level, you may submit an appeal to the Office of the Secretary, Bureau of Inmate Grievances, 501 South Calhoun St., Tallahassee, Florida 32399-2500 within 15 calendar days of this institutional response using the Request for Administrative Remedy or Appeal Form.

SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING

SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE

2/21/22
DATE

Exhibit "B"

**MAILED/FILED
WITH AGENCY CLERK
MAR 09 2022
Department of Corrections
Bureau of Inmate Grievance Appeals**

## PART B - RESPONSE

| LUZIER, JOSEPH | E24178 | 22-6-05982 | APALACHEE EAST UNIT | Y2126L |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your administrative appeal has been reviewed and evaluated. The response that you received at the institutional level has been reviewed and is found to appropriately address the concerns that you raised at the institutional level as well as the Central Office level.

The grievance procedure should not be utilized to request monetary compensation for this type of complaint.

Your administrative appeal is denied.

C. NEEL

_____
SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING

_____
SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE

03/03/2022
DATE

**FLORIDA DEPARTMENT OF CORRECTIONS**
**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED SEP 05 2024 — Department of Corrections Inmate Grievance Appeals
RECEIVED AUG 30 2024 — OFFICE OF ASSISTANT WARDEN

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☐ Warden  ☐ Assistant Warden  ☒ Secretary, Florida Department of Corrections
From or IF Alleging Sexual Abuse, on the behalf of:

Lazier, Joseph J "Joey"  — DC#: E24178  — Institution: Hamilton - M/U
Last  First  Middle Initial

24-6-27477

### Part A – Inmate Grievance

This is an appeal to formal log #2408-215-168. Both the informal and formal and their responses are attached for review.

**SINGLE ISSUE:**
This grievance is being filed due to me being stabbed 4X while at Apalachee C.I. - East Unit on 2/2/22 due to the lack of staff and no metal detectors being on the compound to catch people with knives, and the fact that staff had knowledge the area I got stabbed was a notorious blind spot to cameras where multiple stabbings occur (walkway between Medical and M-Dorm going to R-Dorm).

**ARGUMENT:**
Staff and the Administration having no metal detectors on the compound and no cameras in the area I was stabbed and being so short staffed the Warden and Asst. Wardens had to work the yard to count, run rec and run canteen resulting in me being brutally stabbed 4X by inmate C. Robinson is a violation of my Eighth Amendment right to be free of Cruel + Unusual Punishment to be free of and protected from violence at the hands of other inmates (See: Farmer v. Brennan, 511 U.S. 825, 932 (1994).

**REMEDY SOUGHT:**
1) Criminal charges against inmate C. Robinson for stabbing me.
2) Investigation by the Inspector General.
3) Special Review against me and C. Robinson
4) This grievance be Approved.

DATE: 8/28/24
SIGNATURE OF GRIEVANT AND D.C. #: [signed] E24178

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: # 1  [signature]

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Receipt for Appeals Being Forwarded to Central Office      2408-215-168

Submitted by the inmate on: 8-30-24  Institutional Mailing Log #: MU24-13  (Received By) V. Milam

DISTRIBUTION:
INSTITUTION/FACILITY — INMATE (2 Copies), INMATE'S FILE, INSTITUTIONAL GRIEVANCE FILE
CENTRAL OFFICE — 1101955  INMATE, INMATE'S FILE - INSTITUTION/FACILITY, CENTRAL OFFICE INMATE FILE, CENTRAL OFFICE GRIEVANCE FILE

17Q (102)

DC1-303 (Effective 11/13)    Incorporated by Reference in Rule 33-103.006, F.A.C.

**FLORIDA DEPARTMENT OF CORRECTIONS**
**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

**RECEIVED AUG 22 2024 OFFICE OF ASSISTANT WARDEN**

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☑ Warden  ☐ Assistant Warden  ☐ Secretary, Florida Department of Corrections
From or IF Alleging Sexual Abuse, on the behalf of:

Luzier, Joseph J "Joey"     E24178     Hamilton M/U
Last, First, Middle Initial   DC Number    Institution

M.U.-GC-2408-215-168

### Part A – Inmate Grievance

This is an appeal to informal grievance log #215-2408-0045, which is attached for review.

As stated in informal grievance log #215-2408-0045, due to cruel and unusual punishment, negligence and deliberate indifference, I was brutally stabbed 4X on February 2nd, 2022 at Apalachee C.I.-East Unit, by inmate C. Robinson, in a area known by officials to be a blind spot to all video surveillance and a very notorious spot for inmates being stabbed. The area was in between the medical building and M-Dorm on the only walkway from the chow hall back to R-Dorm where I was housed. Due to inadequate staffing, no metal detectors on the compound used to find inmates with knives or shanks, and failure to properly supervise inmates, I was stabbed 4X, almost killing me and leaving me permanently disfigured due to where I was stabbed causing me not to be able to smile correctly.

REMEDY SOUGHT:
1) This grievance be referred to Inspector General for criminal charges on C. Robinson for stabbing me.
2) A special review between me & C. Robinson.
3) I be permitted to speak to a Inspector General
4) This be Approved.

8/20/24
DATE

[Signature] E24178
SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: #1  [Signature]

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____ (Date)     Institutional Mailing Log #: _____
                                                                  (Received By)

DISTRIBUTION:
INSTITUTION/FACILITY         CENTRAL OFFICE
INMATE (2 Copies)            INMATE
INMATE'S FILE                INMATE'S FILE - INSTITUTION./FACILITY
INSTITUTIONAL GRIEVANCE FILE CENTRAL OFFICE INMATE FILE
                             CENTRAL OFFICE GRIEVANCE FILE

5b

DC1-303 (Effective 11/13)    Incorporated by Reference in Rule 33-103.006, F.A.C.

## PART B - RESPONSE

| LUZIER, JOSEPH | E24178 | 2408-215-168 | HAMILTON C.I. | Y2101L |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative remedy has been received, reviewed, and evaluated.

Your request for administrative remedy is in non-compliance with Chapter 33-103.014(1)(e), Inmate Grievance Procedure, which states the following reason for return, the formal grievance was not received within 15 calendar days of the date on which the incident or action being complained about occurred.

Based on the foregoing information, your grievance is being returned without action.

K. Franklin, Grievance Coordinator          P. Allen, Warden

_K Franklin_                                      _[signature]_                          23 Aug 24
SIGNATURE AND TYPED OR PRINTED NAME OF      SIGNATURE OF WARDEN, ASST.              DATE
EMPLOYEE RESPONDING                          WARDEN, OR SECRETARY'S
                                             REPRESENTATIVE

mailed
8/23/24

# INMATE REQUEST (4)

**STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS**

Mail Number: _____
Team Number: _____
Institution: _____

TO: (Check One)
- [x] Warden
- [ ] Asst. Warden
- [ ] Classification
- [ ] Security
- [ ] Medical
- [ ] Mental Health
- [ ] Dental
- [ ] Other _____

FROM:
| Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|
| Joseph J. "Joey" Luzier III | E24178 | H1-120L | CM2 | 8/1/24 |

## REQUEST

Check here if this is an informal grievance [x]

This informal grievance is being submitted because on 2/2/22 while in the Florida Dept. of Corrections housed at Apalachee Corr. Inst - East Unit under the supervision of Warden Maddox, Asst. Warden Brown, Major Jenkins, Sgt. Runyon and all FDC officials assigned to work at ACI-East Unit on 2/2/22 between 10am and 5:30pm, I was stabbed 4X by inmate C. Robinson as I was walking from the chow hall back to R-Dorm. The stabbing occurred on the only walkway that goes from the chow hall to R-Dorm, in between the medical building and M-Dorm where FDC officials had knowledge was a "blind spot" to video surveillance and is notorious for multiple stabbings, yet failed to do anything about it.

**ARGUMENT:**

As FDC officials, "acting under color of state law", the Eighth Amendment prohibits cruel and unusual punishment and officials had a lawful duty to "take reasonable

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): *Joseph J. "Joey" Luzier*     DC#: E24178

---

**DO NOT WRITE BELOW THIS LINE**

CX-GC 215-2408-0045

**RESPONSE**

RECEIVED AUG 06 2024
OFFICE OF ASSISTANT WARDEN

DATE RECEIVED:

Your informal grievance has been filed in non-compliance with Chapter 33-103.014(1)(u), Inmate Grievance Procedure, which states the following reason for return, the inmate has filed an informal grievance in excess to 20 days from the time the event being grieved occurred. Based on the foregoing information your grievance is being returned without action.

The following pertains to informal grievances only:
Based on the above information, your grievance is **Returned** (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

Official (Print Name): KMcGhin Franklin    Official (Signature): *KMcGhin Franklin*    Date: 8/6/24

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within ~~10~~ 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

5b

DC6-236 (Effective ~~12/14~~)

Incorporated by Reference in Rule 33-103.005, F.A.C.

(2)

measures to guarentee my safety" (Farmer v. Brennan, 511 U.S. 825, 832 (1994), and their duty to protect encompasses, "protecting prisoners from violence at the hands of other prisoners."

    By having knowledge that the area I was stabbed on the walkway was a blind spot to all fixed video surveillence and a notorious area where inmates fall victim to stabbings, they failed to uphold their lawful duty to protect me.

    Furthermore, not having any stationary metal detectors on the highly travelled areas of the compound further supports that FDC officials failed to "take reasonable measures to guarentee my safety", which led to me being brutally stabbed 4x, one of those times being on the side of my face (left side) near my ear which has caused permenent disfigurement being that the lower left side of my face is unable to allow me to smile properly.

REMEDY SOUGHT:

1) This grievance be referred to the Office of the Inspector General for possible criminal charges against inmate C. Robinson for stabbing me. (i.e., Agg. Batt. On A Inmate)

2) This informal grievance be Approved.

3) I be permitted to speak to an Inspector General about this matter.

4) A Special Review between inmate C. Robinson and I.

                          Respectfully,

                          *[signature]*

                          Joseph J. "Joey" Luzier III
                          DC# E24178
                          Date: 8/1/24

MAILED/FILED
WITH AGENCY CLERK

SEP 2 0 2024

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| LUZIER, JOSEPH | E24178 | 24-6-27477 | HAMILTON C.I. | Y2101L |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your administrative appeal to this office is in non-compliance with Chapter 33-103, Inmate Grievance Procedure, because your grievance at the institutional level was determined to be in non-compliance with the requirements of the rule.

Your request for administrative appeal is being returned without action.

C. Neel

_____                    C. Neel                    09/06/2024
SIGNATURE AND TYPED OR PRINTED NAME OF        SIGNATURE OF WARDEN, ASST.           DATE
EMPLOYEE RESPONDING                           WARDEN, OR SECRETARY'S
                                              REPRESENTATIVE