# Exhibit 1

## RETURN OF NON-SERVICE

State of Florida                           County of                    PANAMA CITY DIVISION Court

Case Number: 5:25-cv-00037-MW-MJF

PLAINTIFF:
**Joseph (Joey) Luzier, III**

vs.

DEFENDANT:
**Sergeant John R. Runyon, et al.**

For:
Slater Legal PLLC
113 S. Monroe Street
Tallahassee, FL 32301

Received by ACCURATE SERVE (TALLAHASSEE OFFICE) to be served on **Officer Sarah K. Shiver,** ▓▓▓▓ **Marianna, FL 32446**.

I, Thomas J. Dinse, do hereby affirm that on the **18th day of March, 2025** at **10:30 am, I:**

**NON-SERVED** the **SUMMONS; COMPLAINT; CIVIL COVER SHEET** for the reason that I failed to find **Officer Sarah K. Shiver** or any information to allow further search. Read the comments below for further details.

**Additional Information pertaining to this Service:**
3/7/2025  1:00 pm  Attempted service at ▓▓▓▓▓▓▓ Marianna, fl. 32446. No answer or noise coming from the house.
3/18/2025  10:30 am  Attempted service at ▓▓▓▓▓▓▓ Marianna, FL 32446 house is vacant empty inside of my house  Attempt location: ▓▓▓▓▓▓▓ accuracy 20 m.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Thomas J. Dinse
#016

ACCURATE SERVE (TALLAHASSEE OFFICE)
400 CAPITAL CIRCLE SE
SUITE 18291
TALLAHASSEE, FL 32301
(850) 519-5494

Our Job Serial Number: AS5-0000250558
Ref: T250558