# Exhibit 2




New Search   Expand All

| Case Number | Filed Date | Case Type | Status | Contested | Jury Trial |
|---|---|---|---|---|---|
| 322024CC000036CCAXMX [24000036CCAXMX] | 01/22/2024 | County Civil 6-C | OPEN | NO | NO |

| Filing Date | Description | Active | Contested | Judgment Date |
|---|---|---|---|---|
| 01/22/2024 | EVICTION RESIDENTIAL $0-15K | YES | NO | - |

| Party Name | Party Type | Attorney | Bar ID |
|---|---|---|---|
| MERCER, DOUGLAS WADE | JUDGE | | |
| WRIGHT, SHARETA  Search This Party | PLAINTIFF | | |
| SHIVER, SARAH  Search This Party | DEFENDANT | | |
| SHIVER, SARAH KATHERINE  Search This Party | ALSO KNOWN AS | | |

### Dockets

Page : 1    ALL ⌄

| Image | Doc # | Action Date | Description | Pages |
|---|---|---|---|---|
| | 15 | 04/16/2025 | MAIL RETURNED ADDRESSED TO: SARAH SHIVER | 3 |
| | 14 | 03/14/2025 | Event LOP-COUNTY COURT scheduled on 5/27/2025 at 0930 AM, ZM - Judge presiding. | |
| 📄 | 13 | 03/14/2025 | NOTICE OF FAILURE TO PROSECUTE | 2 |
| 📄 | 12 | 02/08/2024 | RETURN OF SERVICE SERVED: POSTED RESIDENTIAL SARA SHIVER 2/2/2024 | 4 |
| 📄 | 11 | 01/22/2024 | NON-MILITARY AFFIDAVIT | 2 |
| | 10 | 01/22/2024 | Assessment 1 Total Assessed $208.00 Balance Remaining $0.00 | |
| 📄 | 9 | 01/22/2024 | RECEIPT | 1 |
| | 8 | 01/22/2024 | Payment received: $208.00 Receipt Number MX 2024000623 | |
| | 7 | 01/22/2024 | Assessment 1 Total Assessed $208.00 Balance Remaining $0.00 | |
| | 6 | 01/22/2024 | Assessment 1 Total Assessed $208.00 Balance Remaining $208.00 | |
| 📄 | 5 | 01/22/2024 | SUMMONS ISSUED TO: SARAH SHIVER 1/22/2024 | 2 |
| | 4 | 01/22/2024 | COMPLAINT FOR EVICTION AND DAMAGES | 5 |
| | 3 | 01/22/2024 | Assessment 1 assessed at sum $185.00 | |
| | 2 | 01/22/2024 | Case 322024CC000036CCAXMX Filed with Clerk on 1/22/2024 | |
| | 1 | 01/22/2024 | Judge: MERCER , WADE HONORABLE assigned | |

### Judge Assignment History

| Assigned Date | Withdraw Date | Judicial Officer | Type |
|---|---|---|---|
| 01/22/2024 | - | MERCER, DOUGLAS WADE | |

### Court Events

| Event Date | Judge | Docket Type | Location | Prosecutor | Defendant Attorney |
|---|---|---|---|---|---|
| 05/27/2025 09:30 | MERCER, DOUGLAS WADE | LOP-COUNTY COURT | SEE INSTRUCTIONS ZOOM V | | |

### Financial Summary

| Financial Summary | | | |
|---|---|---|---|
| Assessment | Total: $208.00 | Paid to Date: $208.00 | Balance Due: $0.00 |
| Restitution | Total: $0.00 | Paid to Date: $0.00 | Balance Due: $0.00 |

| Financial Details | | | | | |
|---|---|---|---|---|---|
| Count | Assessment Due | Assessment Paid to Date | Restitution Due | Restitution Paid to Date | Last Payment Date |
| | $208.00 | $208.00 | $0.00 | $0.00 | - |

### Reopen History

| Reopen Date | Reopen Close Date | Reopen Reason |
|---|---|---|
| No records found. | | |

** Pursuant to Florida Statutes and Florida Rules of Court Procedure, records that have been designated as expunged, sealed or confidential may not be available through this service. For additional information on specific records please contact the Clerk of Court.

Privacy - Terms

## RETURN OF SERVICE

PERSON TO BE SERVED:                                        RECEIPT NUMBER: 0000082-24

```
SARA SHIVER
███████████████
MARIANNA, FL 32446
```

PLAINTIFF: SHARETA WRIGHT, TWF
  -VS-
DEFENDANT: SARA SHIVER

TYPE WRIT: EVICTION SUMMONS/ COMPLAINT

      COURT: COUNTY-JACKSON                    COURT DATE:
      CASE #: 24-036CC                          COURT TIME:

      Received the above-named writ on January 25, 2024, at 3:08 PM,
      and served the same on February 2, 2024, at 6:15 PM,
      in JACKSON County, Florida, as follows:

### POSTED RESIDENTIAL

By attaching a true copy of this writ with the date and hour of
service endorsed thereon by me together with a copy of the complaint
or petition, to a conspicuous place on the property described within
after making two (2) attempts not less than six (6) hours apart in
that the tenant could not be found and there was no person residing
therein, fifteen (15) years of age or older upon whom service could
be made, after the provisions as set forth in Chapter 48.183(1),
Florida Statutes have been met.

SERVICE COST: $40.00                           DONALD L. EDENFIELD, SHERIFF
TD, CIVIL CLERK                                JACKSON COUNTY, FLORIDA

MAIL TO:                                       BY: _Sgt Tim Miller J20_ (signature)
                                                   SGT. MILLER #J20, D.S.

   SHARETA WRIGHT
   WRIGHTFOUNDATIONYOUTH@GMAIL.COM

**JACKSON COUNTY CLERK OF COURT 02 08 2024 12:52**

*UNOFFICIAL DOCUMENT* (watermark)

| RECEIPT |
|---|

RECEIPT NUMBER: 0000082-24

DATE: 01/25/2024

RECEIVED FROM:
SHARETA WRIGHT
WRIGHTFOUNDATIONYOUTH@GMAIL.COM

PLAINTIFF: SHARETA WRIGHT, TWF
  -VS-
DEFENDANT: SARA SHIVER

TYPE WRIT: EVICTION SUMMONS/ COMPLAINT

   CASE #: 24-036CC

   COURT: COUNTY-JACKSON

*UNOFFICIAL DOCUMENT*

| DEPOSIT INFORMATION | REFUND INFORMATION |
|---|---|
| DEPOSIT AMOUNT: $40.00 | REFUND AMOUNT: $0.00 |
| TYPE OF PAYMENT: CASH | REFUND DATE: |
|  | REFUND CHECK#: |

DONALD L. EDENFIELD, SHERIFF
JACKSON COUNTY, FLORIDA

BY: _____
     CIVIL CLERK

TD, CIVIL CLERK

**JACKSON COUNTY CLERK OF COURT 02 08 2024 12:52**

CERTIFIED A TRUE COPY.
1/22/2024
CLAYTON O. ROOKS, III
CLERK CIRCUIT COURT
JACKSON COUNTY, FLORIDA
By: _Abigail Perkins_
Deputy Clerk

STATE OF FLORIDA
IN THE COUNTY COURT OF THE FOURTEENTH JUDICIAL CIRCUIT
IN AND FOR JACKSON COUNTY FLORIDA

SHARETA WRIGHT, TWF
**Plaintiff,**
-vs
Sara Shiver
**Defendant**

UCN:
Case Number: 24-CC-3

RECEIVED
JAN 25 2024

TO: DEFENDANT'S NAME: Sara Shiver
DEFENDANT'S ADDRESS: ████████████ Marianna, FL 32446

JACKSON COUNTY SHERIFF'S OFFICE

### EVICTION SUMMONS - RESIDENTIAL
### PLEASE READ CAREFULLY

You are being sued by (LANDLORD'S NAME) SHARETA WRIGHT, TWF to move out of the place where you are living for the reasons given in the attached complaint.

You are entitled to a trial to decide whether you can be required to move, but you MUST do ALL of the things listed below. You must do them within 5 days (not including Saturday, Sunday, or legal holidays) after the date these papers were given to you or to a person who lives with you or were posted at your residence.
THE THINGS YOU MUST DO ARE AS FOLLOWS:
1. Write down the reason(s) why you think you should not be forced to move. The written reason(s) must be given to the:

    JACKSON COUNTY CLERK OF COURT
    4445 LAFAYETTE STREET
    MARIANNA FL 32446

2. Mail or take a copy of your written reason(s) to: (LANDLORD'S NAME AND ADDRESS) Shareta Wright, TWF P.O Box 592, Marianna, FL 32447.
3. Pay to the clerk of the court the amount of rent into the court registry (*cash, certified or cashier's check or money order payable to the Clerk of Court*) that the attached complaint claims to be due and any rent that becomes due until the lawsuit is over (*together with the court registry fee of 3% of the first $500.00, and 1.5% of the balance due which is nonrefundable*). If you believe that the amount claimed in the complaint is incorrect, you should file with the clerk of the court a motion to have the court determine the amount to be paid. If you file a motion, you must attach to the motion any documents supporting your position and mail or give a copy of the motion to the plaintiff/plaintiff's attorney.
4. If you file a motion to have the court determine the amount of rent to be paid to the clerk of the court, you must immediately contact the office of the judge to whom the case is assigned to schedule a hearing to decide what amount should be paid to the clerk of the court while the lawsuit is pending.

**IF YOU DO NOT DO ALL OF THE THINGS SPECIFIED ABOVE WITHIN 5 WORKING DAYS AFTER THE DATE THAT THESE PAPERS WERE GIVEN TO YOU OR TO A PERSON WHO**

JACKSON COUNTY CLERK OF COURT 01 22 2024 14:08
JACKSON COUNTY CLERK OF COURT 02 08 2024 12:52

LIVES WITH YOU OR WERE POSTED AT YOUR RESIDENCE, YOU MAY BE EVICTED WITHOUT A HEARING OR FURTHER NOTICE.

If the attached complaint also contains a claim for money damages (such as unpaid rent), you must respond to that claim separately. You must write down the reasons why you believe that you do not owe the money claimed. The written reasons must be given to the clerk of court at the address specified in paragraph (1) above, and you must mail or give a copy of your written reasons to the
Plaintiff/Plaintiff's attorney at the address specified in paragraph (2) above. This must be done within 20 days after the date these papers were given to you or to a person who lives with you or were posted at your residence. This obligation is separate from the requirement of answering the claim for eviction within 5 working days after these papers were given to you or to a person who lives with you or were posted at your residence.

THE STATE OF FLORIDA:
To Each Sheriff of the State: You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above-named defendant.

DATED on the 22 day of January, 2024.

CLAYTON O. ROOKS, III
CLERK OF CIRCUIT & COUNTY COURTS

By: Abigail Perkins
Deputy Clerk

IF YOU ARE A PERSON WITH A DISABILITY WHO NEEDS ANY ACCOMODATION IN ORDER TO PARTICIPATE IN THIS PROCEEDING, YOU ARE ENTITLED, AT NO COST TO YOU, TO THE PROVISION OF CERTAIN ASSISSTANCE. PLEASE CONTACT THE ADA COORDINATOR BY MAIL AT P.O. BOX 1089, PANAMA CITY, FL 32401 OR BY PHONE AT (850) 747-5338 AT LEAST SEVEN (7) DAYS BEFORE YOUR SCHEDULED COURT APPEARANCE OR IMMEDIATELY UPON RECEIVING THIS NOTIFICATION IF THE TIME BEFORE THE SCHEDULED APPEARANCE IS LESS THAN SEVEN (7) DAYS. IF YOU ARE HEARING OR VOICE IMPAIRED, PLEASE CALL 711.

JACKSON COUNTY CLERK OF COURT 01 22 2024 14:08
JACKSON COUNTY CLERK OF COURT 02 08 2024 12:52