**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**JOSEPH (JOEY) LUZIER, III,**

  *Plaintiff*,

v.            **Case No.:  5:25cv37-MW/MJF**

**SERGEANT JOHN R. RUNYON,
and OFFICER SARAH K. SHIVER,**

  *Defendants*.

_____/

## ORDER GRANTING EXTENSION OF TIME TO SERVE DEFENDANT

This Court has considered, without hearing, Plaintiff's motion to extend time

to serve Defendant Sarah K. Shiver. ECF No. 12.

Rule 4(m) provides that a plaintiff must serve a summons and complaint to all

defendants within ninety days after the complaint is filed. *See* Fed. R. Civ. P. 4(m)

("If a defendant is not served within 90 days after the complaint is filed, the court . .

. must dismiss the action without prejudice against that defendant or order that

service be made within a specified time."). That ninety-day window, however, may

be extended if the plaintiff shows "good cause" for the delay. *Steinberg v. Barclay's*

*Nominees (Branches) Ltd.*, No. 04-60897-CIV, 2008 WL 4500395, at *2 (S.D. Fla.

Sept. 30, 2008) ("However, the plaintiff may request an extension of time for service

of process on the showing of good cause." (citing Fed. R. Civ. P. 4(m)). "Good cause

exists 'when some outside factor, such as reliance on faulty advice, rather than inadvertence or negligence, prevented service.'" *Rance v. Rocksolid Granit USA, Inc.*, 583 F.3d 1284, 1286 (11th Cir. 2009) (quoting *Lepone–Dempsey v. Carroll Cnty. Comm'rs*, 476 F.3d 1277, 1281 (11th Cir. 2007)).

Plaintiff has demonstrated good cause for his delay. He has made diligent attempts to serve Defendant Shiver without success. *See* ECF No. 12-1. Based on the representations in the motion, this Court finds that an extension of Plaintiff's service deadline under Federal Rule of Civil Procedure 4(m) is warranted. Accordingly, Plaintiff's motion, ECF No. 12, is **GRANTED**. Plaintiff shall serve Defendant Shiver **on or before July 21, 2025.**

SO ORDERED on May 5, 2025.

s/Mark E. Walker
**Chief United States District Judge**