IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**JOSEPH (JOEY) LUZIER, III,**

*Plaintiff*,

v.                                                                      Case No.:  5:25cv37-MW/MJF

**SERGEANT JOHN R. RUNYON,
and OFFICER SARAH K. SHIVER,**

*Defendants*.

_____/

## ORDER GRANTING CONSENT MOTION FOR PROTECTIVE ORDER

This Court has considered, without hearing, the parties' joint motion for entry of a HIPAA-qualified protective order. ECF No. 14. The joint motion is **GRANTED**. The proposed protective order, ECF No. 14-1, is incorporated by reference as if fully set forth herein.

**SO ORDERED on May 15, 2025.**

                                                                s/Mark E. Walker            
                                                                **Chief United States District Judge**