UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOSEPH (JOEY) LUZIER, III,

    Plaintiff,

v.

SERGEANT JOHN R. RUNYON,
*et ano.,*

    Defendants.

Case No. 5:25-cv-37-MW/MJF

## SECOND JOINT REPORT REGARDING DISCOVERY

In accordance with the Court's Initial Scheduling Order (Doc. 5 at §1(b)), the parties provide the Court with the following status updates regarding written discovery:

1. On March 26, 2025, Plaintiff served interrogatories on Defendant Runyon.

2. On April 10, 2025, Plaintiff served a Rule 45 subpoena on nonparty Florida Department of Corrections. The Court entered a HIPAA-Qualified Protective Order and nonparty Florida Department of Corrections is preparing records for production.

3. On May 16, 2025, Defendant Runyon served objections to Plaintiff's interrogatories, and the parties agreed, due to scheduling, that he may have an extension of time to respond substantively to them.

Dated: May 19, 2025

Respectfully submitted,

| | |
|---|---|
| */s/ James M. Slater* | **JAMES UTHMEIER** |
| SLATER LEGAL PLLC | ATTORNEY GENERAL |
| James M. Slater (FBN 111779) | |
| 2296 Henderson Mill Rd NE #116 | */s/ Brian R. Flynn-Fallon\** |
| Atlanta, Georgia 30345 | Brian R. Flynn-Fallon |
| Tel. (404) 458-7283 | Assistant Attorney General |
| james@slater.legal | Florida Bar No.: 1044316 |
| | Office of the Attorney General |
| *Attorneys for Plaintiff* | PL-01, The Capitol |
| | Civil Litigation Division – |
| | North Florida Bureau |
| | Tallahassee, Florida 32399 |
| | Telephone: (850) 414-3300 |
| | Facsimile: (850) 488-4872 |
| | Brian.Fallon@myfloridalegal.com |
| | |
| | *Counsel for Defendant* |

*Signed by James Slater with Brian Flynn-Fallon's express written permission.