UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | |
|---|---|
| JOSEPH (JOEY) LUZIER, III,<br><br>   Plaintiff,<br><br>v.<br><br>SERGEANT JOHN R. RUNYON,<br>*et ano.*,<br><br>   Defendants. | Case No. 5:25-cv-37-MW/MJF |

**NOTICE OF VOLUNTARY DISMISSAL OF**
**<u>DEFENDANT SARAH K. SHIVER WITHOUT PREJUDICE</u>**

In light of the Court's Order dismissing Defendant Runyon on exhaustion grounds, and pursuant to Rule 41(a)(1)(A)(i), Plaintiff Joseph (Joey) Luzier, III gives notice of her dismissal of Defendant Sarah K. Shiver without prejudice.

Dated: May 27, 2025

                                              Respectfully submitted,

                                              */s/ James M. Slater*
                                              James M. Slater (FBN 111779)
                                              Slater Legal PLLC
                                              2296 Henderson Mill Rd. N.E. #116
                                              Atlanta, Georgia 30345
                                              Tel: (305) 523-9023
                                              james@slater.legal

                                              *Attorneys for Plaintiff Joey Luzier*