IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOSEPH (JOEY) LUZIER, III,

    *Plaintiff*,

v.                                                   Case No.:  5:25cv37-MW/MJF

SERGEANT JOHN R. RUNYON and
OFFICER SARAH K. SHIVER,

    *Defendants*.
_____/

## ORDER CLOSING THE FILE

Plaintiff has filed a notice of voluntary dismissal of his claims against Defendant Shiver without prejudice. ECF No. 18. The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *Matthews v. Gaither*, 902 F.2d 877, 880 (11th Cir. 1990). Inasmuch as this Court already granted Defendant Runyon's motion to dismiss on exhaustion grounds, *see* ECF No. 17, the Clerk shall enter judgment stating, "Plaintiff's claims against Defendant Runyon are **DISMISSED** for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997e(a). Plaintiff's claims against Defendant Shiver are **DISMISSED without prejudice**." The Clerk shall close the file.

**SO ORDERED on May 27, 2025.**

                                                       **s/Mark E. Walker            **
                                                       **Chief United States District Judge**