IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOSEPH (JOEY) LUZIER,

    Plaintiff,

v.                                                                        Case No. 5:25-cv-37-MW-MJF

SERGEANT JOHN R. RUNYON and
OFFICER SARAH K. SHIVER,

    Defendants.
_____/

## JUDGMENT

Plaintiff's claims against Defendant Runyon are DISMISSED for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997e(a). Plaintiff's claims against Defendant Shiver are DISMISSED without prejudice.

                                                      JESSICA J. LYUBLANOVITS,
                                                      CLERK OF COURT

May 27, 2025                        s/ Jeremy Wright
DATE                                 Deputy Clerk